# EXHIBIT 1



## MASTER SERVICES AGREEMENT

**This Master Services Agreement is effective as of the date of last signature ("Effective Date") and made between:**

| RingCentral, Inc. ("RingCentral") | AmeriSave Mortgage Corporation ("Customer") |
|---|---|
| Address:<br>20 Davis Drive<br>Belmont, CA 94002 | Address:<br>3525 Piedmont Rd NE,<br>8 Piedmont Center - Suite 600,<br>Atlanta, GA 30305 |
| Signature: ......*Marc Lambert*....................<br>for and on behalf of **RingCentral.**<br>Name: .......Marc Lambert.......................<br>Job Title: ....Area Vice President, Major Accounts....<br>Date: ..........4/27/2021.......................... | Signature: ......*Mike Berte*....................<br>for and on behalf of **Customer.**<br>Name: .........Mike Berte.....................<br>Job Title: ........President.....................<br>Date: ..........4/26/2021.......................... |

**RingCentral and Customer are together referred to as the "Parties" and each individually as a "Party."**

1. The Master Services Agreement ("Agreement") consists of the terms and conditions contained herein, and any Service Attachments applicable to Customer's Services, and any other Attachments agreed by the Parties, are incorporated into and form a part of this Agreement.
   - ☑ Exhibit A – Definitions
   - ☑ Service Attachment A – RingCentral Office Services
   - ☑ Service Attachment B – RingCentral Contact Center Services
   - ☑ Service Attachment C – Professional Services Agreement
   - ☑ Attachment D – Service Level Agreement for Office Services
   - ☑ Attachment E – Service Level Agreement for Contact Center Services
   - ☑ Attachment F – Service Level Agreement for Support Services
   - ☑ Attachment G – Security Addendum

**THE PARTIES AGREE AS FOLLOWS:**

### 2. Ordering and Term

**A. Ordering Services.** Customer may order the Services set forth in the relevant Attachments, attached hereto, by executing an Order Form in the format provided by RingCentral. Customer must submit the Order Form to RingCentral either in writing or electronically via the Administrative Portal. The Order Form will identify the Services requested by Customer together with: (i) the price for each Service; (ii) scheduled Start Date; (iii) and products rented, licensed or sold to Customer, if any. An Order Form will become binding when it is executed by the Customer and accepted by RingCentral. RingCentral may accept an Order Form by commencing performance of the requested Services. The Services and invoicing for those Services will begin on the Start Date, as identified in the applicable Order Form or on the day Services are ordered via the Administrative Portal. Customer may purchase additional Services, software, and equipment via the Administrative Portal or by executing additional Order Forms.

**B. Equipment.** Customer may purchase or rent equipment from RingCentral for use with the Services. The terms and conditions that govern any such transaction can be found at:
(i) Purchase: http://www.ringcentral.com/legal/ringcentral-hardware-terms-conditions.html; and
(ii) Rental: http://www.ringcentral.com/legal/lease-rental.html

**C. Term of this Agreement.** The Term of this Agreement will commence on the Effective Date and continue until the last Order Form is terminated or expires, unless terminated earlier in accordance with its terms.

**D. Services Term.** The Services Term will begin on the Start Date of the initial Order Form and continue for the initial term set forth in the initial Order Form ("Initial Term"). Upon expiration of the Initial Term, unless otherwise set forth in the Order Form, recurring Services will automatically renew for successive periods as set forth in the initial Order Form (each a "Renewal Term") unless either Party gives notice of non-renewal at least thirty (30) days before the expiration of the Initial Term or the then-current Renewal Term. The term of any recurring Services added to your Account after the initial Order Form is executed will start on the Start Date in the applicable Order Form, will run with the then-current Term of any preexisting Services unless otherwise extended in the applicable Order Form, and will be invoiced on the same billing cycles as the preexisting Services.

### 3. Invoicing and Payment

**A. Prices and Charges.** All prices are identified in US dollars on the Administrative Portal or in the applicable Order Form unless otherwise agreed by the Parties. Additional charges may result if Customer activates additional features, exceeds usage thresholds, or

purchases additional Services or equipment. Customer will be liable for all charges resulting from use of the Services on its Account. Unless otherwise agreed between the Parties, recurring charges for the Services begin on the Start Date identified in the Administrative Portal or in the applicable Order Form and will continue for the Term unless otherwise modified or terminated pursuant to Section 6. Recurring charges (such as charges for Digital Lines, product licenses, minute bundles, and equipment rental fees) will, unless otherwise agreed between the Parties, once incurred, remain in effect for the then-current Term unless otherwise modified or terminated pursuant to Section 6. RingCentral will provide notice of any proposed increase in such charges no later than sixty (60) days before the end of the Initial Term or then-current Renewal Term, and any such increase will be effective on the first day of the next Renewal Term. Administrative Fees that RingCentral is entitled to pass on to its customers as a surcharge pursuant to applicable Law may be increased on thirty (30) days' written notice. Outbound calling rates will be applied based on the rate in effect at the time of use. Customer may locate the currently effective rates in the Administrative Portal.

**B. Invoicing and Payment**. Invoices will be issued in accordance with the payment terms set forth in the Order Form. If Customer chooses to pay by credit or debit card, by providing a valid credit or debit card, Customer is expressly authorizing all Services and equipment charges and fees to be charged to such payment card, including recurring payments billed on a monthly or annual basis. In addition, Customer's provided credit card shall be used for any in-month purchases of additional services and products, or where Customer has exceeded usage or threshold limits, any overage charges. Unless otherwise stated in the applicable Order Form, recurring charges are billed in advance in the frequency set forth in the Order Form, and usage-based and onetime charges are billed monthly in arrears. Customer shall make payment in full of undisputed charges, without deduction or set-off, within thirty (30) days of the invoice date. Payment not made when due may be subject to a late payment fee equivalent to the lesser of (i) one and a half percent (1.5%) per month or (ii) if applicable, the highest rate allowed by Law. In no event may payment be subject to delays due to Customer internal purchase order process.

**C. Taxes**. All rates, fees, and charges are exclusive of applicable Taxes, for which Customer is solely responsible. Taxes may vary based on jurisdiction and the Services provided. If any withholding tax is levied on the payments, then Customer must increase the sums paid to RingCentral so that the amount received by RingCentral after the withholding tax is deducted is the full amount RingCentral would have received if no withholding or deduction had been made. If Customer is a tax-exempt entity, tax exemption will take effect upon provision to and validation by RingCentral of certificate of tax exemption.

**D. Billing Disputes**. If a Customer reasonably and in good faith disputes any portion of RingCentral's invoice, it must provide written notice to RingCentral within thirty (30) days of the invoice date, identifying the reason for the dispute and the amount being disputed. Customer's dispute as to any portion of the invoice will not excuse Customer's obligation to timely pay the undisputed portion of the invoice. Upon resolution, Customer must pay any validly invoiced unpaid amounts within thirty (30) days. Any amounts that are found to be in error resulting in an overpayment by the Customer will be applied as a billing credit against future invoices. Customer will be reimbursed any outstanding billing credits at the expiration or termination of this Agreement.

**4.    Provision of the Service**
    **A. General Terms**. RingCentral will provide the Services as described in the relevant Service Attachment. RingCentral may enhance, replace, and/or change the features of the Services, but it will not materially reduce the core features, functions, or security of the Services during the Term without Customer's consent.

    **B. Customer Care**
       i.   Customer must provide Helpdesk Support to Customer's End Users. RingCentral may require Customer's Helpdesk Support personnel to complete a designated series of training courses on RingCentral's Services. Such training will be provided to Customer online in English at no cost.
      ii.   RingCentral will make remote support available to Customer's Helpdesk Support personnel and/or Account Administrators via the Customer Care call center, which will be available 24/7, to attempt to resolve technical issues with, and answer questions regarding the use of the Services. Unless otherwise agreed by the Parties, Customer Care support will be provided in English, and on site and implementation services are not included in the Customer Care support.
     iii.   Customer may open a case with Customer Care following the process in place at the time. Any individual contacting Customer Care on behalf of Customer must be authorized to do so on behalf of the Account and will be required to follow applicable authentication protocols.

    **C. Professional Services**. RingCentral offers a broad portfolio of professional services that includes onsite and remote implementation services; extended enterprise services including dedicated proactive network monitoring and premium technical support; and consulting. Any such services are governed by this Agreement, the Professional Services terms, and any applicable Statement of Work (SOW), which may be attached hereto.

    **D. Subcontracting**. RingCentral may provide any of the Services hereunder through any of its Affiliates or subcontractors , provided that RingCentral will bear the same degree of responsibility for acts and omissions for those subcontractors acting on RingCentral's behalf in the performance of its obligations under this Agreement as it would bear if such acts and omissions were performed by RingCentral directly. As of the execution date of this Agreement, inContact, Inc. is the main subcontractor for Contact Center Services.

**5.    Use of the Service**
    **A. Service Requirements**. The Services are dependent upon Customer's maintenance of sufficient Internet access, networks and power as set forth in RingCentral's Technical Sufficiency Criteria, available at https://www.ringcentral.com/legal/policies/technical-sufficiency-criteria.html. RingCentral will not be responsible for any deficiencies in the provision of the Services if Customer's network does not meet RingCentral's Technical Sufficiency Criteria.

    **B. Use Policies**. Customer and its End Users may use the Services only in compliance with this Agreement, applicable Law, and the Use Policies referenced below, which are incorporated into and form part of this Agreement. Customer must ensure that its End Users comply with the Use Policies. A breach of this Section (Use Policies) may be deemed a material breach of this Agreement. RingCentral may update the Use Policies from time to time and will provide notice of material updates to Customer at the email address on file with the Account . All updates will become effective thirty (30) days after such notice to Customer or upon posting for non-material changes. Customer may object to a modification that negatively impacts its use of the Service by sending written notice ("Objection Notice") to RingCentral within thirty (30) days from the date of the notice of modification. If the Parties cannot reach agreement, then either Party may terminate the

DocuSign Envelope ID: 6BDB6783-2841-4097-9916-0BD8400C24B8

affected Services without penalty with a thirty (30) days written notice to the other Party.

    i. Acceptable Use Policy. The Services must be used in accordance with RingCentral's Acceptable Use Policy, available at https://www.ringcentral.com/legal/acceptable-use-policy.html. Notwithstanding anything to the contrary in this Agreement, RingCentral may act immediately and without notice to suspend or limit the Services if RingCentral reasonably suspects fraudulent or illegal activity in the Customer's Account, material breach of the Acceptable Use Policy, or use of the Services that could interfere with the functioning of the RingCentral Network provided such suspension or limitation may only be to the extent reasonably necessary to protect against the applicable condition, activity, or use. RingCentral will promptly remove the suspension or limitation as soon as the condition, activity or use is resolved and mitigated in full. If Customer anticipates legitimate but unusual activity on its Account, Customer should contact Customer Care in advance to avoid any Service disruption.

    ii. Emergency Services. RingCentral's policy governing the provision of emergency services accessed via the Services is available at https://www.ringcentral.com/legal/emergency-services.html.

    iii. Numbering Policy. The provision, use, and publication of numbers used in conjunction with the Services are governed by RingCentral's Numbering Policy, available at https://www.ringcentral.com/legal/policies/numbering-policy.html.

### 6. Termination

**A. Termination for Cause.** Either Party may terminate this Agreement and any Services purchased hereunder in whole or part by giving written notice to the other Party: i) if the other Party breaches any material term of this Agreement and fails to cure such breach within thirty (30) days after receipt of such notice; ii) at the written recommendation of a government or regulatory agency following a change in either applicable Law or the Services; or iii) upon the commencement by or against the other Party of insolvency, receivership or bankruptcy proceedings or any other proceedings or an assignment for the benefit of creditors.

**B. Effect of Termination.** If Customer terminates the Services, a portion of the Services, or this Agreement in its entirety due to RingCentral's material breach under Section 6(A) (Termination for Cause), Customer will not be liable for any fees or charges for terminated Services for any period subsequent to the effective date of such termination (except those arising from continued usage before the Services are disconnected), and RingCentral will provide Customer a pro-rata refund of any prepaid and unused fees or charges paid by Customer for terminated Services. If this Agreement or any Services are terminated for any reason other than as a result of a material breach by RingCentral or as otherwise permitted pursuant to Section 6(A) or as set forth in Section 14(I) (Regulatory and Legal Changes) the Customer must, to the extent permitted by applicable Law and without limiting any other right or remedy of RingCentral, pay within thirty (30) days of such termination the amounts specified under Section 6C.

**C. Termination for Convenience by Customer.** Customer may, after the thirty-sixth (36th) month of the Initial or then current Renewal Term, terminate this Agreement for convenience by

providing RingCentral with ninety (90) days' advance notice, subject to payment of:

    i. any amounts due under this Agreement for Services rendered up to the effective date of such termination; and

    ii. an "Early Termination Fee" to be calculated at twenty-five percent (25%) of the then current Service fees for the remainder of the Initial Term or then current Renewal Term.

Cancelation of the purchase or rental of any equipment will be conditioned to the equipment being returned in good condition (ordinary wear and tear excepted) within 30 days of the termination notice. These returns are subject to the applicable purchase or rental terms.

The Customer acknowledges and understand that the prices and fees offered to the Customer include discounts and financial concession based on the assumption that the Customer will pay for the Services for the Initial Term and Renewal Terms. The Early Termination Fee is not a penalty, but rather a charge to compensate RingCentral for your failure to pay for the Services during the entire Term on which your rate plan is based.

### 7. Intellectual Property

**A. Limited License**

    i. Subject to, and conditional upon Customer's compliance with, the terms of this Agreement, RingCentral grants to Customer and its End User, a limited, personal, revocable, non-exclusive, non-transferable (other than as permitted under this Agreement), non-sublicensable license to use any software provided or made available by RingCentral to the Customer as part of the Services ("Software") to the extent reasonably required to use the Services as permitted by this Agreement, only for the duration that Customer is entitled to use the Services and subject to the Customer being current on its payment obligations.

    ii. Customer will not, and will not allow its End Users, to: (a) sublicense, resell, distribute or assign its right under the license granted under this Agreement to any other person or entity; (b) modify, adapt or create derivative works of the Software or any associated documentation; (c) reverse engineer, decompile, decrypt, disassemble or otherwise attempt to derive the source code for the Software; (d) use the Software for infringement analysis, benchmarking, or for any purpose other than as necessary to use the Services Customer is authorized to use; (e) create any competing Software or Services; or (f) remove any copyright or other proprietary or confidential notices on any Software or Services.

**B. IP Rights**

    i. RingCentral's Rights. Except as expressly provided in this Agreement, the limited license granted to Customer under Section 7(A) (Limited License) does not convey any ownership or other rights or licenses, express or implied, in the Services (including the Software), any related materials, or in any Intellectual Property and no IP Rights or other rights or licenses are granted, transferred, or assigned to Customer, any End User, or any other party by implication, estoppel, or otherwise. All rights not expressly granted herein are reserved and retained by RingCentral and its licensors. The Software and Services may comprise or incorporate services, software, technology or products developed or provided by third parties, including open source software or code. Customer acknowledges that

DocuSign Envelope ID: 6BDB6783-2841-4097-9916-0BD8400C24B8

misuse of RingCentral Services may violate third-party IP rights.

ii. Customer Rights. As between RingCentral and Customer, Customer retains title to all IP Rights that are owned by the Customer or its suppliers. To the extent reasonably required or desirable for the provision of the Services, Customer grants to RingCentral a limited, personal, non-exclusive, royalty-free, license to use Customer's IP Rights in the same. Customer must provide (and is solely responsible for providing) all required notices and obtaining all licenses, consents, authorizations or other approvals related to the use, reproduction, transmission, or receipt of any Customer Content that includes personal or Confidential Information or incorporates any third-party IP rights.

  **C.  Use of Marks**. Neither Party may use or display the other Party's trademarks, service mark or logos in any manner without such Party's prior written consent.

## 8.  Confidentiality

  **A.  Restrictions on Use or Disclosures by Either Party**. During the Term of this Agreement and for at least one (1) year thereafter, the Receiving Party shall hold the Disclosing Party's Confidential Information in confidence, shall use such Confidential Information only for the purpose of fulfilling its obligations under this Agreement, and shall use at least as great a standard of care in protecting the Confidential Information as it uses to protect its own Confidential Information.

Each Party may disclose Confidential Information only to those of its employees, agents or subcontractors who have a need to it in order to perform or exercise such Party's rights or obligations under this Agreement and who are required to protect it against unauthorized disclosure in a manner no less protective than required under this Agreement. Each Party may disclose the other Party's Confidential Information in any legal proceeding or to a governmental entity as required by Law.

These restrictions on the use or disclosure of Confidential Information do not apply to any information which is independently developed by the Receiving Party or lawfully received free of restriction from another source having the right to so furnish such information; after it has become generally available to the public without breach of this Agreement by the Receiving Party; which at the time of disclosure was already known to the Receiving Party, without restriction as evidenced by documentation in such Party's possession; or which the Disclosing Party confirms in writing is free of such restrictions.

Upon termination of this Agreement, the Receiving Party will promptly delete, destroy or, at the Disclosing Party's request, return to the Disclosing Party, all Disclosing Party's Confidential Information in its possession, including deleting or rendering unusable all electronic files and data that contain Confidential Information, and upon request will provide the Disclosing Party with certification of compliance with this subsection.

## 9.  Data Protection

  **A.  Data Privacy**. RingCentral respects Customer's privacy and will only use the information provided by Customer to RingCentral or collected in the provision of the Services in accordance with RingCentral's Data Processing Addendum, available at https://www.ringcentral.com/legal/dpa.html, which is hereby incorporated by reference. RingCentral may update the Data Processing Addendum from time to time and will provide notice of any material updates to the Customer as required by applicable Laws

at the email address on file with the Account. Such updates will be effective thirty (30) days after such notice to Customer.

  **B.  Data Security**. RingCentral will take commercially reasonable precautions, including, without limitation, technical (*e.g.*, firewalls and data encryption), organizational, administrative and physical measures, to help safeguard Customer's Account, Account Data, and Customer Content against unauthorized use, disclosure, or modification.   Customer must protect all End Points using commercially reasonable security measures. Customer is solely responsible to keep all user identifications and passwords secure. Customer must monitor use of the Services for possible unlawful or fraudulent use. Customer must notify RingCentral immediately if Customer becomes aware or has reason to believe that the Services are being used fraudulently or without authorization by any End User or third party. Failure to notify RingCentral may result in the suspension or termination of the Services and additional charges to Customer resulting from such use.  RingCentral will not be liable for any charges resulting from unauthorized use of Customer's Account.

  **C.  Software Changes**. RingCentral may from time to time push software updates and patches directly to Customer's device(s) for installation and Customer will not prevent RingCentral from doing so. Customer must implement promptly all fixes, updates, upgrades and replacements of software and third-party software that may be provided by RingCentral. RingCentral will not be liable for inoperability of the Services or any other Services failures due to failure of Customer to timely implement the required changes.

## 10.  Limitations of Liability

  **A.  Excluded Damages**. IN NO EVENT WILL EITHER PARTY OR ITS AFFILIATES OR ITS OR THEIR SUPPLIERS BE LIABLE FOR (1) INDIRECT, INCIDENTAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES; (2) LOSS OF USE OR LOSS OF  DATA; (3) LOSS OF BUSINESS OPPORTUNITIES, REVENUES OR PROFITS;  OR (4) COSTS OF PROCURING REPLACEMENT PRODUCTS OR SERVICES, IN ALL CASES WHETHER ARISING UNDER CONTRACT, WARRANTY, TORT (INCLUDING NEGLIGENCE OR STRICT LIABILITY), OR ANY OTHER THEORY OF LIABILITY, AND EVEN IF SUCH PARTY HAS BEEN INFORMED IN ADVANCE OF SUCH DAMAGES OR SUCH DAMAGES COULD HAVE BEEN REASONABLY FORESEEN.

  **B.  Liability Caps**. EXCEPT AS SET FORTH HEREIN, THE TOTAL CUMULATIVE LIABILITY OF THE PARTIES UNDER THIS AGREEMENT WILL NOT EXCEED THE AMOUNTS PAID OR PAYABLE UNDER THIS AGREEMENT DURING THE PREVIOUS SIX (6) MONTHS. LIMITATIONS UNDER THIS SECTION 10(B) (LIABILITY CAPS)  WILL NOT APPLY TO: I) FEES OWED BY CUSTOMER; II) EITHER PARTY'S LIABILITY FOR INFRINGEMENT OF THE OTHER PARTY'S IP RIGHTS; III) EITHER PARTY'S LIABILITY RESULTING FROM GROSS NEGLIGENCE, FRAUD, OR WILLFUL OR CRIMINAL MISCONDUCT; IV) CUSTOMER'S LIABILITY RESULTING FROM USE OF THE SERVICES IN BREACH OF THE ACCEPTABLE USE POLICY OR EMERGENCY SERVICES POLICY; OR V) EITHER PARTY'S LIABILITY ARISING FROM DEATH OR PERSONAL INJURY CAUSED BY NEGLIGENCE, OR FOR ANY OTHER LIABILITY WHICH MAY NOT BE RESTRICTED, LIMITED OR EXCLUDED PURSUANT TO APPLICABLE LAW.

## 11.  Indemnification

  **A.  Indemnification by RingCentral**

  i.  RingCentral shall indemnify and hold harmless the Customer and its Affiliates for Indemnifiable Amounts, and shall defend any third-party claims or causes of action (a "**Third Party Claim**") to the extent such Third Party Claim arises out of or alleges that the Services, as provided by

RingCentral, infringe or misappropriate the patent, copyright, trademark, or trade secret rights of a third party.

ii.  RingCentral will have no obligations under subsection (i) above to the extent the Third Party Claim arises from: (a) use of the Services in combination with data, software, hardware, equipment, or technology not provided or authorized by RingCentral in writing unless any of the foregoing are necessary for the proper operation of the Services; (b) modifications to the Services not made by RingCentral; (c) Customer Content; (d) failure to promptly install any updates of any software or firmware or accept or use any modified or replacement items provided free of charge by or on behalf of RingCentral; (e) breach of the Agreement; or (f) a Third Party Claim brought by Customer's Affiliate, successor, or assignee.

iii. If such a Third Party Claim is made or appears possible, Customer agrees to permit RingCentral, at RingCentral's sole discretion and expense, to (a) modify or replace the Services, or component or part thereof, to make it non-infringing or (b) obtain the right for Customer to continue to use the Services. If RingCentral determines that neither alternative is commercially reasonable, RingCentral may terminate this Agreement in its entirety or with respect to the affected Service, component or part (a "Discontinued Component"), effective immediately on written notice to Customer, in which case Customer will not owe any fees or charges relating to the Discontinued Component for any period subsequent to the date of such termination, and will be entitled to receive a refund of any prepaid but unused fees relating to the Discontinued Component. In the event the removal of the Discontinued Component does not substantially affect Customer's use of the Services, the refund or fee abatement pursuant to the foregoing shall be a reasonable portion of the total fees owed by Customer for the Services as a whole based on the significance of the Discontinued Component to the total value of the Services as a whole. RingCentral's obligations under this Sub-Section will be RingCentral's sole and exclusive liability and Customer's sole and exclusive remedies with respect to any actual or alleged intellectual property violations.

**B.  Indemnification by Customer**. Customer shall indemnify and hold harmless RingCentral and its Affiliates for Indemnifiable Amounts, and shall defend any Third Party Claims arising out of or in connection with: (i) material violation of applicable Law by the Customer, its Affiliates, or their respective End Users in connection with their use of the Services; (ii) use of the Services in breach of the Use Policies; (iii) failure to promptly install any updates of any software or firmware or accept or use modified or replacement items provided free of charge by or on behalf of RingCentral; or (iv) Customer Content.

**C.  Defense and Indemnification Procedures**. Any Party seeking indemnification under this Section 11 (the "Indemnified Party") shall provide the Party from which it seeks such indemnification (the "Indemnifying Party") with the following: (a) prompt written notice of the Third-Party Claim, (b) sole control over the defense and settlement of the Third-Party Claim, and (c) reasonable information, cooperation, and assistance (at the Indemnifying Party's sole expense except for the value of the time of the Indemnified Party's personnel) in connection with the defense and settlement of the Third-Party Claim. The Indemnified Party's failure to comply with the foregoing obligations will not relieve the Indemnifying Party of its defense or indemnification obligations under this Section 11 (Indemnification)

except to the extent that the Indemnifying Party is materially prejudiced by such failure. The Indemnified Party will have the right to participate (but not control), at its own expense, in the defense of such Third-Party Claim, including any related settlement negotiations. No such claim may be settled by the Indemnifying Party without the Indemnified Party's express written consent (not to be unreasonably withheld, conditioned, or delayed) unless such settlement includes a full and complete release of all claims and actions against the Indemnified Party by each party bringing such Third-Party Claim, requires no admission of fault, liability, or guilt by the Indemnified Party, and requires no act by the Indemnified Party other than the payment of a sum of money fully indemnified by the Indemnifying Party.

**12.  Warranties**

**A.  RingCentral Warranty**. RingCentral will provide the Services using a commercially reasonable level of skill and care, in material compliance with all applicable Laws and otherwise subject to the terms of this Agreement. To the extent permitted by Law, RingCentral shall pass through to Customer any and all warranties RingCentral receives in connection with equipment provided to Customer by or on behalf of RingCentral.

**B.  Customer Warranty**. Customer's and its End Users' use of the Services must always comply with all applicable Laws and this Agreement.

**C.  Disclaimer of Warranties**. EXCEPT AS SPECIFICALLY SET FORTH IN THIS AGREEMENT AND TO THE FULLEST EXTENT PERMITTED BY LAW, THE SERVICES ARE PROVIDED "AS IS" AND "AS AVAILABLE," AND RINGCENTRAL MAKES NO OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT, QUIET ENJOYMENT, AND FITNESS FOR A PARTICULAR PURPOSE AND ANY WARRANTIES ARISING FROM A COURSE OF DEALING OR USAGE IN TRADE, TOGETHER WITH SIMILAR WARRANTIES, WHETHER ARISING UNDER ANY LAW OR OTHERWISE. TO THE EXTENT THAT RINGCENTRAL CANNOT DISCLAIM ANY SUCH WARRANTY AS A MATTER OF APPLICABLE LAW, THE SCOPE AND DURATION OF SUCH WILL BE LIMITED TO THE FULLEST EXTENT PERMITTED BY LAW.

**13.  Dispute Resolution**

**A.  Governing Law.** Any dispute arising out of or relating to this Agreement shall be governed and construed in accordance with the laws of the State of California, without regard to its choice of law rules and the parties agree to submit to the exclusive jurisdiction of, and venue in, the courts in San Francisco, California. The United Nations Convention on Contracts for the International Sale of Goods does not apply to this Agreement or Customer's use of the products or Services.

**B.  Good Faith Attempt to Settle Disputes.** In the event of a dispute, each Party shall appoint a duly authorized representative who shall use all reasonable endeavors to resolve in good faith any dispute within reasonable timescales.

**C.  Equitable Relief.** Any breach of either Party's IP Rights may cause that Party irreparable harm for which monetary damages will be inadequate and such Party may, in addition to other remedies available at Law or in equity, obtain injunctive relief without the necessity of posting a bond or other security, proof of damages, or similar requirement, in additional to any other relief to which such Party may be entitled under applicable Law.

**14.  Miscellaneous**

**A. Relationship of the Parties.** RingCentral and Customer are independent contractors and this Agreement will not establish any relationship of partnership, joint venture, employment, franchise or agency between RingCentral and Customer.

**B. Assignment**. Neither Party may assign the Agreement or any portion thereof without the other Party's prior written consent (which such consent may not be unreasonably withheld or delayed), however either Party may assign the Agreement and all of that Party's rights and obligations thereunder without consent (a) to an Affiliate; (b) to the Party's successor or surviving entity in connection with a merger, acquisition, consolidation, sale of all or substantially all of its assets used in connection with the provision of Services under this Agreement; or (c) as part of the transfer or disposition of more than fifty percent (50%) of a Party's voting control or assets. This Agreement will bind and inure to the benefit of the Parties, and their permitted assigns and successors.

**C. Notices**. Except where otherwise expressly stated in the Agreement, all notices or other communications must be in English and are deemed to have been fully given when made in writing and delivered in person, upon delivered email, confirmed facsimile, or five days after deposit with a reputable overnight courier service, and addressed as follows: To RingCentral at RingCentral, Inc., Legal Dept., 20 Davis Drive, Belmont, CA 94002 USA, with a copy to legal@ringcentral.com, and to Customer at either the physical address or email address associated with the Customer Account. Customer acknowledges and agrees that all electronic notices have the full force and effect of paper notices. The addresses to which notices may be given by either Party may be changed (a) by RingCentral upon written notice given to Customer pursuant to this Section or (b) by Customer in the Administrative Portal.

**D. Force Majeure**. Neither Party will be responsible or liable for any failure to perform or delay in performing to the extent resulting from any event or circumstance that is beyond that Party's reasonable control, including without limitation any act of God; national emergency; third-party telecommunications networks; riot; war; terrorism; governmental act or direction; change in Laws; fiber, cable, or wire cut; power outage or reduction; rebellion; revolution; insurrection; earthquake; storm; hurricane; flood, fire, or other natural disaster; strike or labor disturbance; or other cause, whether similar or dissimilar to the foregoing, not resulting from the actions or inactions of such Party. Customer will not be liable for any fees or charges for Services that are unavailable due to RingCentral's failure to perform due to an event described in the preceding sentence. However, Customer remains liable for any fees or charges for the Services during a Force Majeure event experienced by Customer during which RingCentral continues to perform its obligations and provide the Services. In the event that the affected Party is prevented from performing an obligation under this Section 14D for more than thirty (30) consecutive days, either Party may terminate the particular Service upon written notice to the other Party.

**E. Third-Party Beneficiaries**. RingCentral and Customer agree that there will be no third-party beneficiaries to this Agreement.

**F. Headings, Interpretation**. The headings, section titles, and captions used in the Agreement are for convenience of reference only and will have no legal effect. All defined terms include related grammatical forms, and, whenever the context may require, the singular form of nouns and pronouns include the plural, and vice versa. The Parties agree that this Agreement will be deemed to have been jointly and equally drafted by them, and that the provisions of this Agreement therefore should not be construed against a Party or Parties on the grounds that the Party or Parties drafted or was more responsible for drafting the provision(s).

**G. Anti-Bribery**. Each Party represents that in the execution of this Agreement and in the performance of its obligations under this Agreement it has complied and will comply with all applicable anti-bribery Laws and regulations, including, without limitation, the U.S. Foreign Corrupt Practices Act, the UK Bribery Act and similar applicable Laws.

**H. Export Control**. Any services, products, software, and technical information (including, but not limited to, services and training) provided pursuant to the Agreement may be subject to U.S. export Laws and regulations. Customer will not use distribute, transfer, or transmit the services, products, software, or technical information (even if incorporated into other products) except in compliance with U.S. and other applicable export regulations.

**I. Regulatory and Legal Changes**. In the event of any change in Law, regulation or industry change that would prohibit or otherwise materially interfere with RingCentral's ability to provide Services under this Agreement, RingCentral may terminate the affected Services or this Agreement or otherwise modify the terms thereof.

**J. Entire Agreement**. The Agreement, together with any exhibits, Order Forms, Use Policies, Data Processing Addendum and Attachments, each of which is expressly incorporated into this Agreement with this reference, constitutes the entire agreement between the Parties and supersedes and replaces any and all prior or contemporaneous understandings, proposals, representations, marketing materials, statements, or agreements, whether oral, written, or otherwise, regarding such subject.

**K. Order of Precedence**. In the event of any conflict between the documents comprising this Agreement, precedence will be given to the documents in the following descending order: (i) the applicable Order Form; (ii) the applicable Attachment; (iii) the main body of this Agreement; (iv) Use Policies and Data Processing Addendum incorporated by reference in this Agreement; and (v) and any other document expressly referred to in this Agreement which governs the Services.

**L. Amendments**. Except as otherwise provided, this Agreement may only be modified by a written amendment executed by authorized representatives of both Parties. In no event will handwritten changes to any terms or conditions, including in the applicable Order Form, be effective.

**M. Severability and Waiver**. In the event any provision of this Agreement is held by a court of competent jurisdiction to be invalid, void or unenforceable, such provision(s) will be stricken and the remainder of this Agreement will remain legal, valid and binding. The failure by either Party to exercise or enforce any right conferred by this Agreement will not be deemed to be a waiver of any such right or to operate so as to bar the exercise or enforcement of any such or other right on any later occasion. Except as otherwise expressly stated in this Agreement, all rights and remedies stated in the Agreement are cumulative and in addition to any other rights and remedies available under the Agreement, at Law, or in equity.

**N. Publicity**. Subject to Customer's prior written, in each instance, and notwithstanding anything to the contrary in this Agreement, RingCentral may identify Customer as a customer (including use of any Customer logo or trademark) and may refer to this Agreement during its earnings calls and in connection with its business deals, press releases, and marketing and/or promotional materials.

**O. Execution**. Each Party represents and warrants that: (a) it possesses the legal right and capacity to enter into the Agreement and to perform all of its obligations thereunder; (b) the individual signing the Agreement and (each executable part thereof) on that Party's behalf has full power and authority to execute and deliver the

DocuSign Envelope ID: 6BDB6783-2841-4097-9916-0BD8400C24B8

same; and (c) the Agreement will be a binding obligation of that Party. Each Party agrees that an Electronic Signature, whether digital or encrypted, is intended to authenticate this Agreement and to have the same force and effect as manual signatures.

**P.  Counterparts**. This Agreement may be executed electronically and in separate counterparts each of which when taken together will constitute one in the same original.

**Q.  Survival**. The rights and obligations of either Party that by their nature would continue beyond the expiration or termination of this Agreement or an Order Form will survive expiration or termination of this Agreement or the Order Form, including without limitation payment obligations, warranty disclaimers, indemnities, limitations of liability, definitions and miscellaneous.

**EXHIBIT A**

**DEFINITIONS**

**Definitions.** Capitalized terms used in this Agreement but otherwise not defined have the following meaning:

i.    "**Account**" means the numbered account established with RingCentral and associated with Customer and the Services provided to Customer under this Agreement. For billing and convenience purposes, multiple services, Digital Lines, or End Users may be included in a single billing account, and/or a single Customer may have multiple billing accounts encompassing different geographic locations, business units, or other designations as requested by Customer and accepted by RingCentral.

ii.    "**Account Administrator**" means the person(s) who have been granted authority by Customer to set up, amend, or otherwise control settings and/or make additional purchases for the Account via the Administrative Portal. Account Administrators may have varying levels of Account rights, skills, or permissions.

iii.    "**Account Data**" means: any business contact information provided with the Account; RingCentral-generated logs of calling or other metadata developed or collected in the provision of the Services; configuration data; and records of Digital Lines and any Services purchased under this Agreement.

iv.    "**Administrative Fees**" means any administrative recovery fees, 911 cost recovery fees and the like separately charged by RingCentral to Customer.

v.    "**Administrative Portal**" means the online administrative portal through which Account Administrators control settings and/or make additional purchases for the Account.

vi.    "**Affiliate(s)**" means a person or entity that is controlled by a Party hereto, controls a Party hereto, or is under common control with a Party hereto, and "control" means beneficial ownership of greater than fifty percent (50%) of an entity's then -outstanding voting securities or ownership interests.

vii.    "**Attachment (s)**" means documents appended to the contract containing additional terms for products and Services. Attachments and the terms and conditions contained therein are part of this Agreement.

viii.    "**Confidential Information**" means any information disclosed by or on behalf of the Disclosing Party to the Receiving Party that should reasonably be considered as confidential given the nature of the information and the circumstances surrounding its disclosure.

ix.    "**Customer Care**" means Customer support operations delivered by RingCentral and/or its subcontractors .

x.    "**Customer Content**" means the content of calls, facsimiles, SMS messages, voicemails, voice recordings, shared files, conferences or other communications transmitted or stored through the Services.

xi.    "**Digital Line**" means a phone number assigned to an End User or a specifically designated location (e.g., conference room) and the associated voice service for inbound and outbound calling that permits an End User generally to make and receive calls to and from the public switched telephone network as well as to and from other extensions within the same Account.

xii.    "**Disclosing Party**" means the Party disclosing Confidential Information or on whose behalf Confidential Information is disc losed by such Party's agents, including but not limited to, its Affiliates, officers, directors, employees and attorneys.

xiii.    "**Electronic Signatures**" means an electronic sound, symbol, or process, including clicking a digital button to accept, attached to or

logically associated with a contract or other record and executed or adopted by a person with the intent to sign the record.

xiv.    "**End Point**" means an application or device through which any End-User might access and/or use any of the Services, including without limitation IP Desk Phones, Desktop Clients, Web Clients, Mobile Applications, and Software Integrations.

xv.    "**End User**" means an individual user to whom Customer makes the Services available, and may be a natural person, and may include but is not limited to Customer's employees, consultants, clients, external users, invitees, contractors and agents.

xvi.    "**Helpdesk Support**" shall mean the performance of the following tasks:

- Standard feature/functionality ("how to") support for End Users (i.e. call forwarding, voice mail set-up, etc.);
- Standard management of the Admin Interface within the product; and
- Support all moves, adds, changes and deletes of employees.

xvii.    "**Indemnifiable Amounts**" means all (X) damages and other amounts awarded against the Indemnified Party by a court of competent jurisdiction pursuant to a final judgment or a final award of an arbitral body in connection with such Third -Party Claim; (Y) any amounts payable by the Indemnified Party or its Affiliates pursuant to a binding, written agreement settling the Third Party Claim, provided such agreement is approved in advance in writing by the Indemnifying Party; and (Z) all reasonable costs and expenses paid to third parties by the Indemnified Party or its Affiliates in connection with the Indemnified Party's or its Affiliates' attorneys' fees and related expenses.

xviii.    "**Indemnifying Party**" and "**Indemnified Party**" have the meanings set forth in Section 11(C) (Defense and Indemnification Procedures).

xix.    "**Initial Term**" has the meaning set forth in Section 2(D) (Services Term).

xx.    "**Intellectual Property Rights**" or "**IP Rights**" means all common law and statutory rights (whether registered or unregistered, or recorded or unrecorded, regardless of method) arising out of or associated with: (a) patents and patent applications, inventions, industrial designs, discoveries, business methods, and processes; (b) copyrights and copyright registrations, and "moral" rights; (c) the protection of trade and industrial secrets and Confidential Information; (d) other proprietary rights relating to intangible property; (e) trademarks, trade names and service marks; (f) a person's name, likeness, voice, photograph or signature, including without limitation rights of personality, privacy, and publicity; (g) analogous rights to those set forth above; and (h) divisions, continuations, continuations-in-part, renewals, reissuances and extensions of the foregoing (as applicable).

xxi.    "**Law**" means any law, statute, regulation, rule, ordinance, administrative guidance, treaty or convention, or court or administrative order or ruling of any governing Federal, State, local or non-U.S. governmental body with jurisdiction over the Services.

xxii.    "**Order Form(s)**" means a request for Service describing the type and quantity of Services required by Customer and submitted and accepted by the Parties in accordance with Section 2(A) (Ordering

DocuSign Envelope ID: 6BDB6783-2841-4097-9916-0BD8400C24B8

Services). The Order Form may be presented and executed via the Administrative Portal.

xxiii.    "**Receiving Party**" means the Party or its agents, including, but not limited to its Affiliates, officers, directors, employees and attorneys receiving Confidential Information.

xxiv.    "**Renewal Term**" has the meaning set forth in Section 2(D) (Services Term).

xxv.    "**RingCentral Network**" means the network and supporting facilities between and among the RingCentral points of presence ("PoP(s)"), up to and including the interconnection point between the RingCentral's network and facilities, and the public Internet, and the Public Switched Telephone Network (PSTN). The RingCentral Network does not include the public Internet, a Customer's own private network, or the PSTN.

xxvi.    "**Service(s)**" means all services provided under this Agreement and set forth in one or more Order Form(s).

xxvii.    "**Start Date**" means the date so identified in the relevant Order Form or the date on which Customer orders Services via the Administrative Portal.

xxviii.    "**Taxes**" means any and all federal, state, local, municipal, foreign and other taxes and fees charged or collected from Customers, including but not limited to any Universal Service Fund, TRS and 911 taxes and fees.

xxix.    "**Term**" means the Initial Term plus any Renewal Terms.

xxx.    "**Third Party Claim**" has the meaning set forth in Section 11(A) (Indemnification by RingCentral).

xxxi.    "**Use Policy**" refers to any of the policies identified in Section 5(B) (Use Policies).

DocuSign Envelope ID: 6BDB6783-2841-4097-9916-0BD8400C24B8

**SERVICE ATTACHMENT A**

**SERVICE ATTACHMENT – RINGCENTRAL OFFICE SERVICES**

This Service Attachment is a part of the Master Services Agreement (the "**Agreement**") that includes the terms and conditions agreed by the Parties under which RingCentral will provide to the Customer the RingCentral Office Services as described under the applicable Order Form.

**1.    Service Overview.** RingCentral Office is a cloud-based unified communications service that includes enterprise-class voice, fax, text, call handling, mobile apps, and BYOD capability that integrates with a growing list of applications. RingCentral Office includes:

- Voice Services, including extension-to-extension calling and the ability to make and receive calls to and from the public switched telephone network (PSTN)
- Video and audio-conferencing service, including screen sharing
- Collaboration Tools, including One-to-One and Team Chat, File Sharing, task management, SMS/Texting (where available) and other innovative tools

RingCentral Office Services may be accessed from a variety of user End Points, including IP Desk Phones, Desktop Clients, Web Clients, Mobile Applications, and Software Integrations.

**2.    Office Purchase Plans.**
    **A. Tiers of Service.** RingCentral Office is made available in several pricing tiers, which are described more fully at https://www.ringcentral.com/office/plansandpricing.html**.** While RingCentral offers unlimited monthly plans for some of its products and services, RingCentral Services are intended for regular business use. "Unlimited" use does not permit any use otherwise prohibited by the Acceptable Use Policy, available at https://www.ringcentral.com/legal/acceptable-use-policy.html, including trunking, access stimulation, reselling of the Services, etc.

    **B. Minutes**. The RingCentral Office service for Customer includes unlimited calling minutes within the United States and Canada (excluding inbound toll-free calls and international calls), which shall be billed as set forth herein and at the rate set forth in the Initial Order Forms, or as may be amended from time to time by the parties.  Minute Bundles, e.g., Toll Free Minute Bundles, can be purchased in incremental buckets of minute in addition to any number of minutes included with the purchased tier.

Minutes will be billed at a six (6) second minimum and in six (6) second increments thereafter.  There will be no metered minutes counted for manual outbound calls (except for manual international outbound calls) or inbound calls coming in through a local DID or transferred (except some international inbound calls may incur charges, depending on the country of origin). . Inbound Toll-Free minutes are deducted from included minutes, purchased Minute Bundles, or charged as overage at the rates currently in effect.
Extension-to-Extension Calls within the Customer account, as well as transfers of any calls (internal calls only, excludes inbound toll-free calls being transferred), never incur any usage fee and are unlimited, except to the extent that such calls are forwarded to another number that is not on the Customer account.   Additional Calling Credits may be purchased through the Auto-Purchase feature, which can be selected for automatic purchase in various increments on the Administrative Portal. Auto-Purchase is triggered when the combined usage of all End Users on an Account exceeds the total Calling Credits or when End Users make calls with additional fees (e.g., 411). Minute

Bundles and Calling Credit Bundles expire at the end of month and cannot roll over to the following month.  Auto-Purchased Calling Credits expire twelve (12) months from date of purchase.  Bundles may not be sold, transferred, assigned, or applied to any other customer.

International Calling Credit Bundles can be purchased in addition to any base amount included with the purchased tier.  International External Calls are charged against Calling Credits on the Account per destination rates, or as overage once Calling Credits are exceeded. Currently effective rates are available at https://www.ringcentral.com/support/international-rates.html.

**3.    Operator Assisted Calling, 311, 511 and other N11 Calling.** RingCentral does not support 0+ or operator assisted calling (including, without limitation, collect calls, third party billing calls, 900, or other premium line numbers or calling card calls).  The Services may not support 211, 311, 411, 511 and/or N11 calling. To the extent they are supported, additional charges may apply for these calls.

**4.    Directory Listing Service.** RingCentral offers directory listing (the "Directory Listing Service"). If Customer subscribes to the Directory Listing Service, RingCentral will share certain Customer Contact Data with third parties as reasonably necessary to include in the phone directory ("Listing Information"). This information may include, but is not limited to, Customer's company name, address, and phone numbers.  Customer authorizes RingCentral to use and disclose the Listing Information for the purpose of publishing in, and making publicly available through, third-party directory listing services, to be selected by RingCentral or third-party service providers in their sole discretion. Customer acknowledges and agrees that by subscribing to the Directory Listing Service, Customer's Listing Information may enter the public domain and that RingCentral cannot control third parties' use of such information obtained through the Directory Listing Service.

i.  **Opt Out**. Customer may opt out of the Directory Listing Service at any time; however, RingCentral is not obligated to have Customer's Listing Information removed from third-party directory assistance listing services that have already received Customer's information.

ii. **No Liability**. RingCentral will have no responsibility or liability for any cost, damages, liabilities, or inconvenience caused by calls made to Customer's telephone number; materials sent to Customer, inaccuracies, errors or omissions with Listing Information; or any other use of such information. RingCentral will not be liable to Customer for any use by third parties of Customer's Listing Information obtained through the Directory Listing Service, including without limitation the use of such information after Customer has opted out of the Directory Listing Service.

DocuSign Envelope ID: 6BDB6783-2841-4097-9916-0BD8400C24B8

5.    **RingCentral Global Office**. RingCentral Global Office provides a single communications system to companies that have offices around the world, offering localized service in countries for which Global Office is available.  Additional information related to Global Office Services is available at http://www.ringcentral.com/policies/global-office-countries.html.This section sets forth additional terms and conditions concerning RingCentral's Global Office for customers that subscribe to it.

**C. Emergency Service Limitations for Global Office.** RingCentral provides access to Emergency Calling Services in many, but not all, countries in which RingCentral Global Office is available, allowing End Users in most countries to access Emergency Services (911 in the United States and Canada, 999/112 in the United Kingdom and throughout the European Union, and any other applicable Emergency Services number).  Emergency Services may only be accessed within the country in which the Digital Line is assigned, e.g., an End User with a Digital Line assigned in Ireland may dial Emergency Services only within Ireland.  Access to Emergency Calling Services in RingCentral Global Office countries, where available, is subject to the Emergency Services Policy, available at https://www.ringcentral.com/legal/emergency-services.html. Customer must make available and will maintain at all times traditional landline and/or mobile network telephone services that will enable End Users to call the applicable Emergency Services number.  Customer may not use the RingCentral Services in environments requiring fail-safe performance or in which the failure of the RingCentral Services could lead directly to death, personal injury, or severe physical or environmental damage.

**D. Global Office Provided Only in Connection with Home Country Service.** RingCentral provides Global Office Service only in connection with Services purchased in the Home Country.  RingCentral may immediately suspend or terminate Customer's Global Office Services if Customer terminates its Digital Lines in the Home Country.  All invoicing for the Global Office Services will be done in the Home Country on the Customer's Account, together with other Services purchased under this Agreement, using the Home Country's currency. Customer must at all times provide a billing address located in the Home Country. RingCentral will provide all documentation, licenses, and services in connection with the Global Office Service in English; additional language support may be provided at RingCentral's sole discretion.

**E. Relationships with Local Providers.** In connection with the provision of RingCentral Global Office Services, RingCentral relies on local providers to supply certain regulated communication services; for example (i) for the provision of local telephone numbers within local jurisdictions; (ii) to enable you to place local calls within local jurisdictions; and (iii) to enable You to receive calls from non-RingCentral numbers on Customer's Global Office telephone number(s), by connecting with the local public switched telephone network.    RingCentral's locally licensed affiliates provide all telecommunications services offered to Customer within the countries in which such affiliates are licensed; in some cases, RingCentral may obtain services from locally licensed providers on Customer's behalf.  RingCentral is responsible for all contracting, billing, and customer care related to those services.

6.    **Definitions.** Terms used herein but not otherwise defined have the meanings ascribed to them in the Agreement.  For purposes of this Service Attachment, the following terms have the meanings set forth below:

A.    **"Digital Line"** means a phone number assigned to an End User or a specifically designated location (e.g., conference room) and the associated voice service for inbound and outbound calling that permits the End User generally to make and receive calls to and from the public switched telephone network as well as to and from other extensions within the same Account.

B.    **"End Point"** means an application or device through which any End-User might access and/or use any of the Services, including without limitation IP Desk Phones, Desktop Clients, Web Clients, Mobile Applications, and Software Integrations.

C.    "**Extension-to-Extension Calls**" means calls made and received between End Points on the Customer Account with RingCentral, regardless of whether the calls are domestic or international.

D.    **"External Calls"** means calls made to or received from external numbers on the PSTN that are not on the Customer Account with RingCentral.

E.    "**Home Country**" means the United States or the country that is otherwise designated as Customer's primary or home country in the Order Form.

DocuSign Envelope ID: 6BDB6783-2841-4097-9916-0BD8400C24B8

**SERVICE ATTACHMENT B**

**SERVICE ATTACHMENT – RINGCENTRAL CONTACT CENTER SERVICES**

This Service Attachment is a part of the Master Services Agreement (the **"Agreement"**) that includes the terms and conditions agreed by the Parties under which RingCentral will provide to the Customer the RingCentral Contact Center Services as described under the a pplicable Order Form.

In the event of any conflict between the provisions of the Agreement and the provisions of this Service Attachment, such provisions of this Service Attachment will prevail.

**1.    Service Overview**

"**RingCentral Contact Center Services**" is a contact center solution consisting of inbound and outbound media routing, queuing, and distribution, and related services, applications, and features, whether included as part of a Subscription Package or ordered separately.

**2.    Billing and Payment**

    **A.    Billing**

Starting at the Start Date set forth in the Order Form and until the end of the Term, You agree to pay for: a) the Contact Center Services fees for the number of Seats set forth in the Contact Center Services Order (as amended as permitted herein) (a "**CC Contract Seat**") based on the per Seat pricing set forth in the Contact Center Services Order (the "**CC Contract Seat Price**"), as amended from time to time, regardless of the number of Seats being used; b) the fees for the number of licenses set forth in the Contact Center Services Order; any additional fees set forth in the Contact Center Order form; and c) Usage, including overages related to data storage, ports or minutes (e.g. local, long-distance, international, and toll-free) charges, and any other applicable charges.

    **B.    Adding New Contact Center Contract Seats**

You may add CC Contract Seats at any time either through a new Contact Center Services Order or a written amendment executed by You and RingCentral. The Contact Center Services fees related to these additional CC Contract Seats will be billed at the per Seat price set forth in the Contact Center Order form. For the avoidance of doubt, You will be required to pay for Contact Center Services fees related to these additional CC Contract Seats until the end of the Term.

    **C.    Adding On-Demand Contact Center Seats**

At any time, You may utilize additional Seats with your Contact Center Services on an as-needed basis (each, an "**On-Demand CC Seat**"). You will be billed for any Contact Center Services at the rate of the CC Contract Seat Price plus twenty dollars ($20) per month per Seat (the "**On-Demand CC Price**") until You remove this On-Demand CC Seat from Your Contact Center Services subscription (which You may do at any time in your discretion). Contact Center Services fees for any On-Demand CC Seats will be charged for the full month, regardless of the number of days used. For each monthly billing period, You will be charged for the highest number of On-Demand CC Seats used within such billing period.

**3.    Contact Center Services, Settings, and Modifications**

The settings and preferences for your Contact Center Services, including without limitation user rights, user skills, and permissions;

routing, points of contact, scripts; registration Information; and activation of On-Demand CC Seats, among others, may be set and modified by those individuals whom You allow to have access to the web console ("**Account Administrators**"). The Customer acknowledges that the acts or omissions of the Account Administrators may result in additional charges or affect the Contact Center Services. The Customer will be solely responsible for the acts or omissions and the impact on billable amounts of the Account Administrators.

**4.    Use of Contact Center Services**

You acknowledge and agree that all use of the Contact Center Services shall be subject to this Service Attachment and the Agreement, including without limitation the use policies and data privacy policies in Sections 5 and 9. You acknowledge and agree that You are fully responsible and liable for all use of the Contact Center Services, any software or hardware used in conjunction with the Contact Center Services, and any and all fees and charges that are incurred as a result of such use. Notwithstanding anything to the contrary stated in the Agreement, the use of the Contact Center Services shall be subject to the following terms:

    **A.    NO 911 SERVICE.** YOU ACKNOWLEDGE AND AGREE THAT 911 / EMERGENCY CALLS OR MESSAGES MAY NOT BE PLACED OR SENT THROUGH THE CONTACT CENTER SERVICES, AND NO 911 CALLING OR SMS OR OTHER MESSAGING SERVICE IS OFFERED OR PROVIDED WITH THE CONTACT CENTER SERVICES. YOU MUST MAKE AVAILABLE ALTERNATIVE ARRANGEMENTS TO PLACE 911 CALLS.

    **B.    Customer 911 Notification Obligations.** You represent, warrant, and covenant that: (i) You shall ensure that any person who might use the Contact Center Services is fully informed and aware that he or she will not be able to place calls or send messages to 911 or other emergency response services through the Contact Center Services; and (ii) You shall provide all of the foregoing parties with an alternate method by which to place such calls and, as applicable, to send such messages.

**5.    Custom Storage Election**

Customer may elect to include Custom Storage as part of their Contact Center Services, enabling Customer to store media files in their own S3 Bucket instead of the default Cloud Storage Bucket.

Custom Storage is subject to these limitations and conditions:

DocuSign Envelope ID: 6BDB6783-2841-4097-9916-0BD8400C24B8

- These conditions apply at the Business Unit level with no tailored permissions applied to individuals or groups
- All recordings must be played directly on the RingCentral Contact Center platform
- A minimum of one RingCentral Contact Center Seat license must be retained at all times to access and play recordings from the S3 Bucket
- Files cannot be played directly from S3 Bucket
- There is no bulk export option for any recordings from S3 Bucket
- There are no custom file naming conventions
- All files are encrypted within the client provided S3 Bucket
- There is no error checking between RingCentral Contact Center and Amazon S3
- There is no defined timetable for Time to Live (TTL) at this time
- There is no migration of recordings from previous storage solutions to Custom Storage
- Encrypted files cannot be moved to another S3 Bucket
- Changes made to the S3 Bucket will disable the ability to listen to recordings through RingCentral Contact Center platform
- Custom Storage is deployable via template method only, and deviation from the deployed template is not supported. This includes, but is not limited to:
  - Changing security profile and settings
  - Changing any coding to target different Buckets
  - Changing of any file names (this may be redundant)

## 6. Definitions

Terms used herein but not otherwise defined have the meanings ascribed to them in the Agreement.  For purposes of this Service Attachment, the following terms have the meanings set forth below:

    A.  "**Cloud Storage**" means storage of data or call recordings within the RingCentral Contact Center Platform, or a

RingCentral Contact Center Internal File Transfer Protocol server. Recordings may then be accessed through the RingCentral Contact Center Platform, and Time to Live may be set up to delete recordings after a certain amount of days.

B.  "**Contact Center Materials**" means documentation, either electronic or otherwise, that RingCentral provides or makes available to the Customer describing the Contact Center Services, including the components of each Subscription Package, if applicable, and any other features and functionality offered as part of the Contact Center Services. The Contact Center Materials may include without limitation manuals, product descriptions, user or installation instructions, diagrams, printouts, listings, flowcharts and training materials related to the Contact Center Services.

C.  "**Contact Center Services Order**" is an Order form executed by the Parties under the terms of the Agreement and this Service Attachment, setting out the details of the subscription to the Contact Center Services, including any Subscription Package, and any additional products, services and functionality  purchased by the Customer

D.  "**Custom Storage**" means a public cloud storage resource available through a third-party provider, in which Customer data will be stored in an S3 Bucket

E.  "**S3 Bucket**" means a series of file folders used to store objects consisting of data and its descriptive metadata.

F.  "**Seat**" means a license for a single named person or concurrent users that use the Contact Center Services.

G.  "**Subscription Package**" is a set of Contact Center Services features and applications, as further defined in the Contact Center Materials, that could be ordered as a bundle.

H.  "**Usage**" means any charges incurred in connection with the use of Your Contact Center Services, including, without limitation, local, long-distance, international, and toll-free minutes, charges, ports, and any products listed on the Contact Center Service Order Form.

**SERVICE ATTACHMENT C**

**SERVICE ATTACHMENT – RINGCENTRAL PROFESSIONAL SERVICES AGREEMENT**

This Service Attachment is a part of the Master Services Agreement (the **"Agreement"**) that includes the terms and conditions agreed by the Parties under which RingCentral will provide the RingCentral Professional Services to Customer.

In the event of any conflict between the provisions of the Agreement and the provisions of this Professional Services Agreement (the **"PS Agreement"**), such provisions of this PS Agreement will prevail.

**1. Service Overview.** RingCentral shall provide the implementation, installation, consulting, configuration services and other professional services ("**Professional Services**") as described and agreed upon in writing between the Parties pursuant to a statement of work ("**Statement of Work**" or "**SOW**").

**2. Project Phases.** The Professional Services may be delivered in one or more phases. The SOW will specify the milestone, objectives, Sites, fees and other components that are included in the scope of each phase ("**Project Phase**"). The Professional Services may also be provided on a time and material basis ("**T&M Services**") paid by the hour based on the then current T&M Services hourly rate offered by RingCentral, as specified in the relevant SOW. Customer agrees that the delivery, installation, testing, acceptance and payment for the Professional Services rendered under any one Project Phase is not dependent on the delivery, installation, testing, acceptance and payment for the Professional Services under any other Project Phase. Each Project Phase will be billed upon Acceptance, and payment for each Project Phase is due in full within the applicable payment period agreed between the Parties and is non-refundable.

**3. Customer Sites and Site Visits.** In the event the Parties agree that the Professional Services must be performed at one or more Customer facility(ies) ("**Site(s)**"), the Site(s) will be separately identified in the applicable SOW. Each visit to a separate Customer Site will be considered a separate "**Site Visit**". When so stipulated in the SOW, each Site may constitute a Project Phase. Customer has the following obligations with respect to all Site Visits:

**a.** Customer will maintain and ensure safe working conditions at each Site and shall promptly inform the RingCentral project manager of any known hazardous conditions at any Site prior to any visit by RingCentral Personnel.

**b.** Customer shall ensure that all Site hardware and network environment meets or exceed the requirements set forth in the Statement of Work and in "RingCentral VoIP Network Requirements and Recommendations" which can found at: https://support.ringcentral.com/s/article/9233?language=en_US

**c.** Customer shall provide RingCentral with all reasonable information, cooperation, and assistance that RingCentral requests in connection with performing the Services, including without limitation providing RingCentral with access to Customer's systems and networks and related system and network administrators. Any failure on the part of Customer to provide the cooperation requested by RingCentral, or to provide the information or hardware and software environment required, may result in the need for a Change Order to contemplate additional fees and extended timelines to accommodate Customer's failure to do so.

**d.** Customer shall ensure that at least ten (10) business days prior to a Site Visit or as otherwise agreed in the applicable SOW, the Customer Project Manager shall provide to the RingCentral

Project Manager the following information for the Site to be visited:

  i. the first and last name, extension number, and email address for delivery of message notification emails of each End User for which the Services are to be implemented at the Site and any other information that RingCentral requests to configure the digital lines that are part of such Services to be implemented (this information needs to be in the form of a Microsoft Excel file suitable for use with the Plan Service's bulk configuration utility);

  ii. written or illustrated diagrams of Customer's current and proposed dial plans and data and call flows; and

  iii. information related to configurations, equipment, and deployment requirements for the Site, as requested by RingCentral.

**4. Late Site Visit Change.** The Parties acknowledge and agree that Customer's cancellation or change of the dates of a Site Visit at any time during the ten (10) business days immediately prior to the date that the Site Visit is scheduled to take place (a "**Late Site Visit Change**") will cause RingCentral to incur expenses and losses (including without limitation costs in rescheduling the Site Visit and/or loss of opportunity for other business during the period during which such Site Visit was to take place). Accordingly, Customer agrees that for each Late Site Visit Change, Customer shall incur (at the time of cancellation or change) and be liable for, as liquidated damages, an amount equal to eight (8) hours of RingCentral T&M Services at RingCentral's then-current T&M Services hourly rate, as well as any Service Expenses that have already been expended by RingCentral. The Parties acknowledge and agree that this amount is a fair, reasonable, and appropriate pre-estimate of the losses that RingCentral will incur as a result of any single Late Site Visit Change.

**5. Professional Services Acceptance.** Each SOW will identify the specific criteria required for the completion of each Project Phase ("**Completion Criteria**"). Unless otherwise agreed between the parties in the SOW, upon RingCentral's completion of the Professional Services for each Project Phase, RingCentral will review the Completion Criteria with Customer and will present to the Customer the Professional Services Project Completion Signoff Form ("**PCF**") for that Project Phase. Notwithstanding anything to the contrary in this PS Agreement or any SOW, RingCentral's obligations under any Project Phase are deemed accepted and the Professional Services under such Project Phase shall be considered completed in full and billable upon any of the following ("**Acceptance**"):

**a.** **Customer executes the PCF.**

**b.** If RingCentral presents Customer with the PCF and the Customer fails to execute the PCF within three (3) business days, unless the Customer provides to RingCentral, within those three business (3) days, with a detailed description of the items that are outstanding or that are materially non- conforming with the

DocuSign Envelope ID: 6BDB6783-2841-4097-9916-0BD8400C24B8

Completion Criteria applicable to the specific Project Phase. If RingCentral timely receives a rejection notice, then RingCentral will complete or re-perform any portion of the non-conforming Professional Services and re-submit the PCF for the Project Phase to the Customer for Acceptance as described above. If RingCentral timely receives from the Customer a second rejection notice, and RingCentral, in its reasonable discretion determines that the Professional Services for the Project Phase were properly completed in accordance with the Completion Criteria, Acceptance of the Project Phase will be deemed to have been occurred.

**c.** **Production Use:** Unless otherwise agreed in writing between the Parties, production use will constitute Acceptance for all purposes of this PS Agreement.

**d.** **T&M Services.** Acceptance for T&M Services, if applicable and used in a SOW, is deemed to have occurred upon performance.

## 6. Payment

**a.** The SOW will set forth the fees that the Customer will pay to RingCentral for each Project Phase, and the rates for T&M Services. Customer will compensate RingCentral fees and expenses for the Services as set forth in the applicable SOW. Customer acknowledges and agrees that all fees and charges shall be due and payable without any deduction, withholding, or offset of any kind, including without limitation for any levy or tax.

**b.** **Invoicing and Payment of Professional Services fees.** Except to the extent otherwise provided in a SOW or this Section, all amounts due under this PS Agreement for Professional Services other than T&M Services, shall be invoiced upon Acceptance of each Project Phase. T&M Services will be invoiced Monthly in arrears. The payment term for each invoice is set forth in the Agreement.

**c.** **Service Expenses.** In addition to the fees and expenses set forth in the applicable SOW, Customer agrees to reimburse RingCentral for its fixed and reasonable travel, meal, and lodging expenses incurred in connection with any Site Visit ("**Service Expenses**"). Travel, meal, and lodging expenses shall be invoiced upon Acceptance of each Project phase, alongside all other amounts due under this PS Agreement, on a per-trip/per resource basis. RingCentral shall, after Customer request, provide information verifying the deployment of on-site resources and expenditure of Service Expenses.

**d.** **Additional Fees.** Customer agrees to incur and be liable for any additional fees or other amounts not provided for in this PS Agreement or the applicable SOW. These Additional fees may include, but are not limited to the following:

  i. For any additional Site Visit(s) not included in the SOW, the Customer agrees to pay on a T&M Services basis, with a minimum fee equal to eight (8) hours of RingCentral per day at the then-current T&M Services hourly rate.

## 7. Changes to SOWs

Changes to any applicable SOW shall be made only in a mutually executed written change order between RingCentral and Customer (a "**Change Order**"), outlining the requested change and the effect of such change on the Services, including without limitation the fees and the timeline as determined by RingCentral in its reasonable discretion. RingCentral shall have no obligation to commence work in connection with any Change Order until the Change Order is agreed upon by both Parties in writing. RingCentral has no obligation to provide any Professional Services outside the scope of an SOW.

## 8. Enterprise Support

As part of the Professional Services provided, Customer may purchase Enterprise Support services from RingCentral for use with the Services. The terms and conditions that govern the Enterprise Support can be found at: https://www.ringcentral.com/legal/enterprise-service-attachment.html.

## 9. Term and Termination

**a.** **Term**. This PS Agreement shall remain in effect for as long as the Agreement is in effect, unless terminated in accordance with this Section.

**b.** **Termination**. Either Party may terminate this PS Agreement, in whole or in part, with thirty (30) days' advance written notice to the other Party. Unless otherwise specified in the termination notice, the termination of one SOW or Project Phase shall not necessarily result in the termination of, or otherwise affect, any other SOW or Project Phase.

**c.** **Effect of Termination**. In the event that this PS Agreement, a SOW, or a Project Phase is terminated, in whole or in part, for any reason other than for RingCentral's material breach of this PS Agreement, Customer shall be obligated to pay RingCentral for:

  i. any Professional Services and T&M Services that have been rendered up until the effective date of the termination;

  ii. all applicable Service Expenses incurred; and

  iii. (50%) of the fees for any other Professional Services not yet performed, due under the Project Phase(s) being cancelled, if termination of the PS Agreement, SOW, or a Project Phase occurs within one hundred and eighty (180) days of execution of the applicable SOW. If termination occurs after one hundred and eighty (180) days of execution of the applicable SOW, Customer shall owe all outstanding fees for any Professional Services not yet performed pursuant to the SOW, due under the Project Phase being cancelled.

**d.** **Post-Termination Notice Wrap-Up.** Upon receiving or providing notice of termination of this PS Agreement, RingCentral shall be relieved of and excused from any obligation to continue to perform Services or to perform under any then-current SOWs or Project Phase.

DocuSign Envelope ID: 6BDB6783-2841-4097-9916-0BD8400C24B8

**ATTACHMENT D**

**SERVICE LEVEL AGREEMENT FOR RINGCENTRAL OFFICE SERVICES**

This Service Level Agreement for Office Services (the **"Office SLA"**) is a part of the Master Services Agreement (the **"Agreement"**) that includes the Service Availability levels RingCentral commits to deliver on the RingCentral Network for RingCentral Office Services.

**1.    Overview**

RingCentral will maintain the following performance levels:

| | Performance Level |
|---|---|
| **Voice Services Availability** (Monthly Calculation) | 99.999% |
| **Quality of Voice Service** (Monthly Calculation) | 3.8 MOS Score |

**2.    Minimum Eligibility**

Customer is entitled to the benefits of this Office SLA only to the extent that Customer maintains a minimum of fifty (50) Digital Lines under the Office Service Attachment with a minimum twelve (12) month Term. This Office SLA shall not apply to any period of time where Customer does not meet the foregoing requirements.

**3.    Service Delivery Commitments**

**a.    Calculation of Service Availability for Voice Services**

Service Availability = [ 1 – ((number of minutes of Down Time x number of Impacted Users) / (total number users x total number of minutes in a calendar month))] x 100

Availability shall be rounded to nearest thousandth of a percent in determining the applicable credit.  Service Credits for Down Time will not exceed 30% MRC.

**b.    Calculation of Service Credits**

Customer is entitled to the Accelerated Service Credits calculated based on the table below:

**b.1   Accelerated Service Credit Table**

| Voice Service Availability | Service Credits |
|---|---|
| ≥ 99.999 % | 0% MRC |
| ≥ 99.500 and < 99.999% | 5% MRC |
| ≥ 99.000 and < 99.500% | 10% MRC |
| ≥ 95.000 and < 99.000% | 20% MRC |
| < 95.000% | 30% MRC |

**c.    No Cumulative Credits**

Where a single incident of Down Time affects Office Services and any other Services provided by RingCentral and covered under a separate service level agreement executed between the parties, resulting in Service Credits under both agreements, Customer is entitled to claim Service Credits under one of the agreements, but not for both.

Service Credits to be paid under this Office SLA will be calculated based on Customer's RingCentral Office MRC only and will not include any other fees paid by RingCentral for any other Services, (e.g., Contact Center Services). Service Credits may not exceed the total MRC paid for the relevant Services.

**d.    Qualifying for Service Credits.**

Service Credits for Down Time will accrue only to the extent:

  i.    Down Time exceeds 1 minute;
 ii.    Customer reports the occurrence of Down Time to RingCentral by opening a Support Case within twenty-four (24) hours of the conclusion of the applicable Down Time period;
iii.    RingCentral confirms that the Down Time was the result of an outage or fault on the RingCentral Network; and
 iv.    Customer is not in material breach of the Agreement, including its payment obligations.
  v.    Customer must submit a written request for Service Credits to Customer Care within thirty (30) days of the date the Support Case was opened by Customer, including a short explanation of the credit claimed and the number of the corresponding Support Case;

**4.    Quality of Service Commitments**

**a.    Quality of Service Targets.**  RingCentral will maintain an average MOS score of 3.8 over each calendar month for Customer Sites in the Territory, except to the extent that Customer endpoints connect via public WiFi, a low bandwidth mobile data connection (3G or lower), or Customer uses of narrowband codecs such as G.729.

**b.    Quality of Service Report:** Customer may request a Quality of Service Report for the preceding calendar month by submitting a Support Case.  RingCentral will endeavor to provide the Quality of Service Report within five (5) business days.

**c.    Diagnostic Investigation:** If the Quality of Service Report shows a failure to meet the target 3.8 average MOS as calculated under this Section, RingCentral will use industry-standard diagnostic techniques to investigate the cause of the failure.  Customer shall cooperate with RingCentral in this investigation fully and in good faith.

DocuSign Envelope ID: 6BDB6783-2841-4097-9916-0BD8400C24B8

**d. Diagnostic Remediation.** Based on its investigation, RingCentral will provide a reasonable determination of the root cause(s) of any failure for the quality of service to meet the target MOS of 3.8. RingCentral will resolve any root cause(s) on the RingCentral Network; Customer shall timely implement settings or other resolution advised by RingCentral to improve the quality of service.

**5. Chronic Service Failures**

**a. Service Availability**: Customer may terminate the Agreement without penalty, and will receive a pro-rata refund of all prepaid, unused fees in the following circumstances if RingCentral fails to meet a Service Availability of at least 99.9% on the RingCentral Network for Voice Services during any three (3) calendar Months in any continuous 6-Month period, and customer has timely reported Down Time as set forth herein.

**b. Quality of Service**: Customer may terminate the affected Customers Sites under its Agreement without penalty, and will receive a pro-rata refund of all prepaid, unused fees in the following circumstances if RingCentral fails to meet a minimum 3.5 MOS, as measured in duly requested Quality of Service Reports, for the affected Customer Sites within four (4) months of the date of Customer's initial Support Case requesting a Quality of Service Report, except that such right inures only to the extent that Customer has complied fully and in good faith with the cooperation requirements and timely implemented all suggestions from RingCentral, in RingCentral's sole reasonable judgment.

**c.** To exercise its termination right under this Office SLA, Customer must deliver written notice of termination to RingCentral no later than ten (10) business days after its right to terminate under this Section accrues.

**6. Sole Remedy**

The remedies available pursuant to this Office SLA (i.e. the issuance of credits and termination for chronic service failure) shall be Customer's sole remedy for any failure to meet committed services levels under this Office SLA.

**7. Definitions**

Terms used herein but not otherwise defined have the meanings ascribed to them in the Agreement. For purposes of this Service Level Agreement, the following terms have the meanings set forth below:

**a)** "Down Time" is an unscheduled period during which the Voice Services for RingCentral Office on the RingCentral Network are interrupted and not usable, except that Down Time does not include unavailability or interruptions due to (1) acts or omissions of Customer; (2) an event of a Force Majeure; or (3) Customer's breach of the Agreement. Down Time begins to accrue after one (1) minute of unavailability, per incident.

**b)** "Impacted User" means a user with a Digital Line affected by Down Time. In the event that due to the nature of the incident it is not possible for RingCentral to identify the exact number of users with a Digital Line affected by Down Time, RingCentral will calculate the Impacted Users on a User-Equivalency basis as defined below.

**c)** "MOS" means the Mean Opinion Score, determined according to the ITU-T E-model, as approved in June 2015,

rounding to the nearest tenth of a percent. MOS provides a prediction of the expected voice quality, as perceived by a typical telephone user, for an end-to-end (i.e. mouth-to-ear) telephone connection under conversational conditions. MOS is measured by RingCentral using network parameters between the Customer endpoint, e.g., the IP Phone or Softphone, and the RingCentral Network, and will accurately reflect quality of the call to the caller using the Voice Services.

**d)** "MRC" means the monthly recurring subscription charges (excluding taxes, administrative or government mandated fees, metered billings, etc.) owed by Customer to RingCentral for Office Services for the relevant month. If customer is billed other than on a monthly basis, MRC refers to the pro-rata portion of the recurring subscription charges for the relevant calendar month. MRC does not include one-time charges such as phone equipment costs, set-up fees, and similar amounts, nor does it include any charges or fees for services other than Office Services.

**e)** "Quality of Service Report" means a technical report provided by RingCentral, detailing MOS and related technical information.

**f)** "RingCentral Network" means the network and supporting facilities between and among the RingCentral points of presence ("PoP(s)"), up to and including the interconnection point between the RingCentral's network and facilities, and the public Internet, and the PSTN. The RingCentral Network does not include the public Internet, a Customer's own private network, or the Public Switched Telephone Network (PSTN).

**g)** "Service Availability" is the time for which Voice Services for RingCentral Office are available on the RingCentral Network, expressed as a percentage of the total time in the relevant calendar month, and calculated as set forth above.

**h)** "Service Credits" means the amount that RingCentral will credit a Customer's account pursuant to this Office SLA.

**i)** "Site" means a physical location in the Territory at which Customer deploys and regularly uses at least five (5) RingCentral Digital Lines. A Digital Line used outside such physical location for a majority of days in the relevant calendar month, such as home offices, virtual offices, or other remote use, will not be included in the line count for this purpose.

**j)** "Support Case" means an inquiry or incident reported by the Customer, through its Helpdesk Support, to Customer Care via the designated Customer Care portal.

**k)** "Territory" means those countries in which Customers subscribes to RingCentral Office or Global Office Services.

**l)** "User-Equivalency" means the calculation made by RingCentral to estimate the percentage of the Voice Services impacted by the Down Time. RingCentral may use number of calls, network, device information, vendor and customer reports, and its own technical expertise to make these calculations.

**m)** "Voice Services" means the audio portion of the Services, across endpoints, including the Softphone, and IP desk phone.

**ATTACHMENT E**

**SERVICE LEVEL AGREEMENT FOR CONTACT CENTER SERVICES**

Customer is entitled to the benefits of this Contact Center SLA only to the extent that Customer maintains a minimum of ten (10) Contact Center Seats under the Agreement with a minimum twelve (12) month Initial Term and twelve (12) month Renewal Term. This Contact Center SLA shall not apply to any period of time where Customer does not meet the foregoing requirements.

**1.    Service Delivery Commitments**

**a.    Calculation of Service Availability.**

Service Availability = [ 1 – ((number of minutes of Down Time x number of impacted users) / (total number users x total number of minutes in a calendar month))] x 100

Availability shall be rounded to nearest hundredth of a percent in determining the applicable credit.

**b.    Calculation of Service Credits.**

i.    Service Credits only begin to accrue after Service Availability falls below a certain percentage (shown in the tables below).

ii.    Customer is entitled to Core Services Service Credits according to the following table:

| Service Availability | Service Credits |
|---|---|
| ≥ 99.99% | 0% MRC |
| ≥ 99.95 and ≤ 99.98% | 5% MRC |
| ≥ 99.90 and ≤ 99.94% | 10% MRC |
| < 99.90% | 15% MRC |

iii.    Customer is entitled to Predictive Dialing Service Credits according to the following table:

| Service Availability | Service Credits |
|---|---|
| ≥ 99.90% | 0% MRC |
| ≥ 99.00 and ≤ 99.89% | 5% MRC |
| < 99.00% | 20% MRC |

iv.    Customer is entitled to Workforce Optimization Service Credits according to the following table:

**c.    Qualifying for Service Credits.** Service Credits for Down Time will accrue only to the extent:

i.    Service Availability falls below the percentage for each relevant Contact Center Service as illustrated in the tables (above) under Calculation of Service Credits.

ii.    Customer reports the occurrence of Down Time to RingCentral by opening a Support Case within twenty-four (24) hours of the beginning of the applicable Down Time period;

iii.    Customer must submit a written request for Service Credits to Customer Care within ten (10) business days of the date the Support Case was opened by Customer, including a short explanation of the credit claimed and the number of the corresponding Support Case;

iv.    RingCentral confirms that the Down Time was the result of an outage or fault on the RingCentral Network; and

v.    Customer is not in material breach of the Agreement, including its payments obligations.

**d.    Finality of Decisions.**   Credits may be issued in RingCentral's sole reasonable discretion and will expire at the expiration or termination of the Agreement.

**2.    Chronic Service Failures**

**a.    Service Availability**: Customer may terminate the Agreement without penalty, and will receive a pro-rata refund of all prepaid, unused fees if customer accrues Maximum Service Credits for Down Time for Contact Center Core Services during any three (3) calendar Months in any continuous 6-Month period, and customer has timely reported Down Time as set forth herein.

**b.    **To exercise its termination right under this Contact Center SLA, Customer must deliver written notice of termination to RingCentral no later than ten (10) business days after its right to terminate under this Section accrues.

**3.    Sole Remedy**

The remedies available pursuant to this Contact Center SLA (i.e., the issuance of credits and termination for chronic service failure) shall be Customer's sole remedy for any failure to meet committed services levels under this Agreement. For the avoidance of doubt, this clause does not bar or otherwise limit the remedies Customer may otherwise have for RingCentral's breach of the Agreement, subject to the limitations therein.

**4.    Definitions**

**Definitions.**   Terms used herein but not otherwise defined have the meanings ascribed to them in the Agreement. For purposes of this Service Level Agreement, the following terms have the meanings set forth below:

a)    "**Automatic Call Distributor**" or "**ACD**" means a module that uses skills-based routing to route incoming calls, emails, chats, and other interactions to the best available agent.

| Service Availability | Service Credits |
|---|---|
| ≥ 99.50% | 0% MRC |
| ≥ 99.00 and ≤ 99.49% | 5% MRC |
| < 99.00% | 20% MRC |

b)    "**Contact Center Services**" include Core Services, Predictive Dialing Services, and Workforce Optimization.

c)    "**Core Services**" includes the following services:

(i)    place or receive a domestic or international voice phone call over a Virtual Extension;

DocuSign Envelope ID: 6BDB6783-2841-4097-9916-0BD8400C24B8

(ii)  receive a call from an 8YY service on a Virtual Extension; and

(iii) contact routing services for ACD, IVR or outbound call campaigns,

(iv) client-side user interface and computer telephony interface APIs in order to receive or place a call, and

(v)  all real-time communication channels to receive and send communications to customers through non-voice communication channels such as SMS and chat, if available and applicable.

d)  "**Down Time**" is an unscheduled period during which the Contact Center Services on the RingCentral Network are interrupted and not usable, except that Down Time does not include unavailability or interruptions due to (1) acts or omissions of Customer; (2) an event of a Force Majeure; or (3) Customer's breach of the Agreement.

e)  "**Interactive Voice Response**" or "**IVR**" means a module that allows customers to script automated voice interactions, accessing third party services and databases when needed to service the customer.

f)  "**MRC**" means the monthly recurring subscription charges (excluding taxes, administrative or government mandated fees, metered billings, etc.) owed by Customer to RingCentral for Contact Center Services for the relevant month. If customer is billed other than on a monthly basis, MRC refers to the pro-rata portion of the recurring subscription charges for the relevant calendar month.  MRC does not include one-time charges such as phone equipment costs, set-up fees, and similar amounts, nor does it include any charges or fees for services other than Contact Center Services.

g)  "**Predictive Dialing Services**" includes the following features:

(i)   Personal Connection™ Outbound Solution
(ii)  Supplier Dialer,
(iii) Campaign Manager,

(iv) Agent Dialer, and
(v)  Reporter.

h)  "**RingCentral Network**" means the network and supporting facilities between and among the RingCentral points of presence ("PoP(s)"), up to and including the interconnection point between the RingCentral's network and facilities, and the public Internet, and the PSTN.  The RingCentral Network does not include the public Internet, a Customer's own private network, or the Public Switched Telephone Network (PSTN). The RingCentral Network includes the facilities of underlying provider of the Contact Center Services subcontracted by RingCentral.

i)  "**Service Availability**" is the time for which Contact Center Services are available on the RingCentral Network, expressed as a percentage of the total time in the relevant calendar month, and calculated as set forth below.

j)  "**Service Credits**" means the amount that RingCentral will credit a Customer's account pursuant to this Contact Center SLA.

k)  "**Support Case**" means an inquiry or incident reported by the Customer, through its Helpdesk Support, to Customer Care via the designated Customer Care portal.

l)  "**Workforce Optimization**" includes the following features:

(i)   Supplier Workforce Manager,
(ii)  Supplier Quality Management,
(iii) Supplier Performance Management,
(iv) Supplier Speech and Text Analytics.

m)  "**Virtual Extension**" refers to the access provided to the audio portion of the Contact Center Services, which allows the user for a Seat to place and receive calls.

DocuSign Envelope ID: 6BDB6783-2841-4097-9916-0BD8400C24B8

**ATTACHMENT F**

**SERVICE LEVEL AGREEMENT FOR SUPPORT SERVICES**

This Service Level Agreement for Support Services (the **"Support SLA"**) is a part of the Master Services Agreement (the "**Agreement**") that includes the service levels and objectives for the management and resolution of Customer initiated Support Cases.

**1) RingCentral Support**
**Support Case**
For non-urgent support requests, Customer should contact Customer Care via the designated Customer Care portal ("**Support Case Online**"). For urgent support requests, Customer shall utilize the support number located on the portal ("**Phone Support**").
**Support Availability.**
RingCentral will maintain technical support via telephone and web access twenty-four (24) hours per day, seven (7) days per week and three hundred sixty-five (365) days per year.
**c) Response Objectives.**
1. Average Phone Support Response Time SLA – RingCentral shall endeavor to answer seventy-five percent (75%) of all Phone Supports received in calendar month within an average of two (2) minutes.
2. Support Case Online Response Time SLA– RingCentral's shall endeavor to provide a response within twenty-four (24) hours of the opening of the Support Case Online.

**2) Support Reports**
Within ten (10) business days of Customer's request, RingCentral shall provide Customer with a report covering the prior calendar quarter providing the following Customer data, by month and in the aggregate:

1. **Calls Offered and Handled** –The total number of phone calls made by Customer to RingCentral Support and the total answered/handled.

2. **Service Level Agreement** – The percentage of phone calls which met the service level agreement in Section 1(c)1 above.

3. **Support Case Online Report** - The number of Support Case Online opened, number closed, and first response time for each.

4. **Total Cases and Call Driver Report** – The total support cases opened and closed across all support channels broken down by type.

5. **Aging Report for Open Support Cases** – The number of support cases that are open and the age of the open cases at the time the report is run.

**3) Support Resolution Service Level Objectives.** The SLAs that RingCentral endeavors to meet for Phone Supports.

| Updates and Resolution Time | | | |
|---|---|---|---|
| Severity Level | Service Failure descriptions | Updates | Resolution Time |
| Priority 1 | Customer experiences a loss of Core Service affecting (a)100% of Digital Lines at one or more Customer Sites or (b) 50 or more Digital Lines in the aggregate across its Sites.<br><br>A "**Core Service**" means the inability to use any of the following: ○ Place and receive voice calls. ○ Host and participate in RingCentral Audio Conference services. ○ Host and participate in RingCentral Office Video Conferencing services. | Upon Customer request, Every thirty (30) minutes, until resolution | 4 hours |
| Priority 2 | (A) Customer experiences a loss of Core Services affecting between 20 to 49 Digital Lines in the aggregate across its Sites; or (B) Customer experiences a loss of Services (other than Core Services) affecting (a) 100% of Digital Lines at one or more Customer Site(s) or (b) 50 or more Digital Lines in the aggregate across its Sites. | Every sixty (60) minutes, as requested, until resolution | 1 business day |
| Priority 3 | (A) Customer experiences a loss of Service not covered under Priority 1 or 2; or (B) Minor functionality impairment to Services. | Every business day, if requested by Customer, until service is restored | N/A |
| Priority 4 | Non-service impacting questions or feature requests (no loss or impairment of Services is involved). | Initial update/response provided upon case being opened. | N/A |

**4) Service Credits.**
**Resolution Time** – If RingCentral fails to resolve a Priority 1 or 2 Phone Support within the Resolution Time, Customer shall be entitled to a credit equal to two percent (2%) of the MRC for the month the SLA was missed.

**5) Rules Governing the Calculation of Support Services Credits.**

DocuSign Envelope ID: 6BDB6783-2841-4097-9916-0BD8400C24B8

Notwithstanding anything set forth elsewhere in this Support SLA, the calculation of credits shall in all cases be subject to the rules and conditions set forth in this section.

    **a)** RingCentral will not be liable and will not pay any credits for any delays or failures to meet the response times or Resolutions Times set forth in this Support SLAs due to (1) acts or omissions of Customer; (2) an event of a Force Majeure; (3) Customer's breach of the Agreement; (4) interruption, failure or loss of the Services or any functionality caused by any systems or components outside of the RingCentral Network.

    **b)** Resolution times will start counting from the moment the Customer properly opens a Phone Support ticket.

    **c)** In the event that due to the nature of the incident it is not possible for RingCentral to identify the exact number of Digital Lines affected by a loss of Service, RingCentral will calculate the impacted Digital Lines on a equivalency- basis using number of calls, network information, device information, vendor and customer reports, and its own technical expertise to make these calculations.

    **d)** Service Credits will accrue only to the extent:

        (i) Customer applies for the Service Credits by submitting a written request to RingCentral Technical Support Team within five (5) business days of the last date of the calendar month for which the Service Credit is requested;

        (ii) Customer is not in material breach of the Office Agreement or the Use Policies, including its payments obligations;

        (iii) A Phone Support or Support Case Online was properly and timely reported following the Service failure; and

        (iv) RingCentral confirms the conditions set forth in this Support SLA have been met, and the Customer is entitled to receive the credit.

**6) No Cumulative Credits**

    **a)** Where a single incident affecting the Customer would enable the collection of credits under this Support SLA and the right to collect any compensation or credit under any other SLA, Customer may only claim credits under one of the SLAs.

    **b)** Service Credits to be paid under this Support SLA will be calculated based on Customer's RingCentral Office MRC only and will not include any other fees paid by RingCentral for any other Services, (e.g., Contact Center Services). Service Credits may not exceed five percent (5%) MRC paid for the relevant Service for the relevant month.

**7) Sole Remedy**

The credits available pursuant to this Support SLA shall be Customer's sole remedy for any failure to meet committed services levels under this Support SLA.

**8) Definitions**

Capitalized terms not defined above or below have the meaning set forth in the Agreement to which this SLA is attached.

    **(a) "Digital Line"** means a phone number assigned to an End User or a specifically designated location (e.g., conference room) and the associated voice service for inbound and outbound calling that permits an End User generally to make and receive calls to and from the public switched telephone network as well as to and from other extensions within the same Account.

    **(b) "MRC"** means the monthly recurring subscription charges (excluding set-up fees, equipment costs, taxes, administrative or government mandated fees, metered billings, and other similar costs and fees) owed by Customer to RingCentral for Office Services for the relevant month. If customer is billed other than on a monthly basis (e.g. annually), MRC refers to the pro-rata portion of the recurring subscription charges for the relevant calendar month.

    **(c) "RingCentral Network"** means the network and supporting facilities between and among the RingCentral points of presence ("PoP(s)"), up to and including the interconnection point between the RingCentral's network and facilities, and the public Internet, and the PSTN. The RingCentral Network does not include the public Internet, a Customer's own private network, or the Public Switched Telephone Network (PSTN).

    **(d) "Services"** means the Voice Services and/or Video Conferencing Service for RingCentral Office on the RingCentral Network.

    **(e) "Site"** means a physical location in the Territory at which Customer deploys and regularly uses at least five (5) RingCentral Digital Lines. A Digital Line used outside such physical location for a majority of days in the relevant calendar month, such as home offices, virtual offices, or other remote use, will not be includ ed in the line count for a Site.

    **(f) "Video Conferencing"** means the cloud-based video conferencing service that unifies video and audio conferencing, mobility and web meetings offered by RingCentral.

    **(g) "Voice Services"** means the audio portion of the Services, across endpoints, including the Softphone, and IP desk phone.

DocuSign Envelope ID: 6BDB6783-2841-4097-9916-0BD8400C24B8

**ATTACHMENT G**

**RINGCENTRAL SECURITY ADDENDUM**

This Security Addendum only applies to the following Services: RingCentral Office, Unify Office, Avaya Cloud Office, Glip, RingCentral Contact Center, Engage Voice, and Engage Digital. All other Services are excluded from this Security Addendum unless expressly stated otherwise in writing by RingCentral.

This RingCentral Security Addendum sets forth the minimum terms and conditions related to RingCentral's information security program and infrastructure policies that RingCentral agrees to meet and maintain pursuant to the Agreement to which this Security Addendum is attached.

The Security Terms outlined below shall not apply to Customer-facing Services features (e.g. the login to an End User's RingCentral application), nor shall these terms and conditions apply to how Customer manages their own internal corporate security measures or Customer's management of any security settings on the Customer's instance of the Services.

**1.      Definitions**
For purposes of this Security Addendum only, capitalized terms, not otherwise defined herein, have the meaning set forth in the Agreement.
(a)      "**Confidential Customer Data**" means all Customer Personal Data and Account Data.
(b)      "**Data Centre**" means a RingCentral controlled facility at which RingCentral service infrastructure (physical and virtual systems) are deployed and managed by RingCentral in support of operation of the Services.
(c)      "**Personnel**" means RingCentral employees, contractors or subcontracted Professional Services staff.
(d)      "**Process**" means any operation or set of operations which is performed on Confidential Customer Data.

**2.      Information Security Management**
(a)      Policies and Standards: RingCentral has established and will maintain documented policies or standards appropriate to govern the handling of Confidential Customer Data in compliance with the Agreement and applicable law.
(b)      Administrative, Technical and Physical Safeguards: RingCentral has implemented and will maintain administrative, technical, and physical safeguards to protect Customer Personal Data. These safeguards include measures to: (i) to protect the security of Confidential Customer Data; (ii) to protect against reasonably anticipated threats or hazards to the security of Confidential Customer Data; and (iii) to protect against unauthorized access to or use of Confidential Customer Data which could reasonably result in harm to Customer.
(c)      Revisions to Security Measures: RingCentral reserves the right to modify its technical and non-technical security measures over time.

**3.      Human Resource Security**

(a)      Background Checks: Prior to assigning any employees to positions in which they will, or RingCentral reasonably expects them to, process Confidential Customer Data, RingCentral will conduct background checks on such employees as permitted by applicable law.
(b)      Training: RingCentral provides training to employees on security and privacy requirements applicable to RingCentral and to the handling and processing of Customer Confidential Data. Such training occurs at least annually.
(c)      Non-disclosure: RingCentral ensures that employees who process Customer Confidential Data are bound in writing by obligations of confidentiality.

**4.      Asset Management**
(a)      Media Management: When disposing of or otherwise taking media out of service that contains Confidential Customer Data, RingCentral destroys or securely erase the media prior to removing it from service.

**5.      Access Control**
(a)      Authorized Personnel: RingCentral will limit access to Confidential Customer Data to only those Personnel who have a reasonable need to access the Confidential Customer Data to enable RingCentral to perform its obligations under the Agreement.
(b)      Access Controls: RingCentral employs access control mechanisms to prevent unauthorized access to Customer Confidential Data. Such mechanisms will have the capability of detecting and logging access to the system or network.
(c)      Password Administration: Passwords that are associated with RingCentral's processing of the Confidential Customer Data will comply with minimum password requirements.
(d)      Account Lockout due to Failed Login Attempts: RingCentral maintains account lockout requirements for failed login attempts.
(e)      Unique User Accounts: RingCentral Personnel has individual User Accounts that authenticate that individual's access to Confidential Customer Data. RingCentral will not allow sharing of accounts. For the avoidance of doubt, this does not require RingCentral to rename or cease using admin and service accounts that cannot technically or within commercial reason be renamed (Example: root).
(f)      Periodic Review of Authorized Personnel: RingCentral promptly revokes Personnel's access to physical locations, networks, and applications that Process Confidential Customer Data upon such Personnel's termination. RingCentral maintains a process to review not less than annually the list of administrators and privileged users with access to RingCentral production networks and RingCentral data centers.

**6.      Cryptography**
(a)      Data Encryption: Except for Engage Digital, RingCentral will encrypt Customer Personal Data, at Customer's election, when stored at-rest within RingCentral Data Centers. At-rest encryption for Engage Digital is not currently supported. RingCentral will also encrypt Customer Content, at Customer's election, and in-transit over public networks in connection with the performance of the Services pursuant to the Agreement, except for encryption over Public Switch Telephone Networks. Encryption will be implemented using commercial grade, industry-standard encryption.

**7.      Physical and Environmental Security**

DocuSign Envelope ID: 6BDB6783-2841-4097-9916-0BD8400C24B8

(a)      Secure Data Centers: Physical security safeguards include physical safety and security safeguards at RingCentral Data Centers where Customer Personal Data is stored and processed.

(b)      Access and Authorization Processes: RingCentral maintains a documented authorization and logging process for all persons, including Personnel and visitors, who maintain or otherwise have access to Data Centers.

**8.       Operations Security**

(a)      Malicious Code Protection: To the extent practicable, RingCentral has current antivirus software installed and running to scan for and promptly remove or quarantine viruses and other malware on Windows servers and workstations.

(b)      Intrusion Detection and Prevention: RingCentral deploys intrusion detection and/or intrusion prevention systems that monitor all non-VoIP traffic entering or leaving the Data Centers.

(c)      Audit and Reporting: For systems or applications associated with the access, processing, storage, communication and/or transmission of Confidential Customer Data, RingCentral generates audit logs.

(d)      Vulnerability Management: RingCentral will use commercially reasonable efforts to run internal and external network vulnerability scans of the Services at least quarterly.

(e)      Annual Pen-Test: RingCentral agrees to conduct not less than annually a penetration test of its RingCentral Office Unify Office, Avaya Cloud Office, Glip, Engage Voice, and Engage Digital products. RingCentral remediates the critical and high findings based on commercially reasonable timeframe. Upon request, RingCentral will share limited details (e.g. to include types and severities) of the penetration testing report.

**9.       Communications Security**

(a)      Firewalls: Ring Central deploys reasonably appropriate firewall technology in operation of the Services.

**10.      Security Incidents**

(a)      Upon becoming aware of a Security Incident, RingCentral shall notify Customer without undue delay at the contact information that Customer has provided in the Service Portal and shall provide such timely information as Customer may reasonably require.

(b)      Any takeover of an individual Customer User or End User Accounts is not considered Security Incident. An account takeover is when an unauthorized party logs into a customer extension while a Customer is using Services.

**11.      Electronic Media:**

Electronic media that has been used in the delivery of services to the customer will be sanitized before disposal or repurposing, using a process that assures data deletion and prevents data from being reconstructed or read.

**12.      Product Development and Service Operations**

(a)      Documentation and Training: RingCentral will maintain documentation on overall system, network, and application architecture and security infrastructure for the Services.