# **EXHIBIT 2**

# INITIAL ORDER FORM - CONTACT CENTER SERVICES

This Initial Order Form is a binding agreement between RingCentral, Inc. (**"RingCentral"**) and **Amerisave Mortgage Corporation** (**"Customer"** or **"You"**) (together the **"Parties"**), for the purchase of the Contact Center Services, licenses, and products listed herein. This Initial Order Form is subject to the terms and conditions specified in the applicable Agreement between the Parties. Capitalized terms not defined herein shall have the same meanings as set forth in the applicable Agreement between the Parties. Any Special Terms and Notes added by Appendices or any other Appendices attached to thisOrder Form are incorporated into and made a part of this Initial Order Form.

| Service Provider | |
|---|---|
| Service Provider | RingCentral, Inc. |
| Address | 20 Davis Drive |
| City, State & Zip Code | Belmont, CA 94002 |
| Country | USA |

| Customer | |
|---|---|
| Customer | AmeriSave Mortgage Corporation |
| Address | 3525 Piedmont Road Northeast<br>8 Piedmont Center Suite 600 |
| City, State & Zip Code | Atlanta, GA 30305 |
| Country | United States |
| Billing Contact Person | |
| Billing Contact Phone | |
| Billing Contact E-mail Address | |

| Service Commitment Period | |
|---|---|
| Start Date | April 27th, 2021 |
| Initial Term | Coterminous with the Initial Term for Office Services as agreed between theParties |
| Renewal Term | Coterminous with the Renewal Term for Office Services as agreed between theParties |

**Payment Schedule**　　　　　Monthly Payment Schedule

| RingCentral Contact Center Services | | | | | |
|---|---|---|---|---|---|
| **Summary of All Services** | | | | | |
| Service | Charge Term | Qty | Rate | Monthly Subtotal | One-time Subtotal |
| Contact Center: 1500K Domestic Minutes Bundle | Monthly - Contract | 1 | ■ | ■ | ■ |
| Contact Center: Enterprise Package | Monthly - Contract | 1 | ■ | ■ | ■ |
| Contact Center: Interaction Analytics Pro (per named-user) | Monthly - Contract | 400 | ■ | ■ | ■ |
| Contact Center: Ultimate Edition Seat 1000 - 100000 (2.5 ports) | Monthly - Contract | 2,030 | ■ | ■ | ■ |
| | | | New Service Amount * | ■ | ■ |
| | | | Total Initial Amount * | ■ | |

| RingCentral Contact Center Services - Overage Rates | |
|---|---|
| Service | Rate |
| Contact Center: Automated Speech Recognition (per minute) | ■ |
| Contact Center: Data Storage beyond 1 GB per Seat Overage | ■ |
| Contact Center: Interaction Analytics Pro (per named-user) Overage | ■ |
| Contact Center: Monthly Long-term Storage (per GB) Overage | ■ |
| Contact Center: Monthly Long-term Storage Retrieval (per GB) | ■ |
| Domestic Minutes Overage | ■ |
| Port Overage | ■ |
| Professional Services On-Demand (per 15-minute block) | ■ |
| Professional Services OnDemand (per 15-minute block) | ■ |
| Seat Overage | ■ |

*Amounts are exclusive of applicable Taxes and Fees.

**Special Terms & Notes:**



DocuSign Envelope ID: 6BDB6783-2841-4097-9916-0BD8400C24B8



**IN WITNESS WHEREOF,** the Parties have executed this Initial Order Form above through their duly authorized representatives.

| **Customer** | **RingCentral** |
|---|---|
| Amerisave Mortgage Corporation | RingCentral, Inc. |
| By: *Mike Berte* | By: *Marc Lambert* |
| Name: Mike Berte | Name: Marc Lambert |
| Title: President | Title: Area Vice President, Major Accounts |
| Date: 4/26/2021 | Date: 4/27/2021 |