# EXHIBIT 3

**RingCentral Professional Services**

**Statement of Work for Implementation Services**

This RingCentral Professional Services Statement of Work for Professional Services (this "**SOW**") is executed by RingCentral, Inc. ("**RingCentral**"), and Amerisave (the "**Customer**") pursuant to, and is subject to, the RingCentral PS Agreement executed by Customer and RingCentral on or about _____, _____ (the "**PS Agreement**"). Capitalized terms used in this SOW but not otherwise defined shall have the respective meanings given to them in the PS Agreement.

| Customer: | Amerisave |
|---|---|
| **Quote / SOW Number:** | **C2021-01974038** |
| **Labor Cost:** | ██████████ Fixed Fee) |

| Service | Phase | Scope of the Phase | Value | Completion Criteria |
|---|---|---|---|---|
| **User Migrations** | **Phase 1** | Core Contact Center Build ☐ Configuration of Core Contact Center Build | ██████ Plus all applicable taxes and expenses) | Completion of Professional Services described in section 2 of this SOW |
| **API Integration** | **Phase 2** | API Integration ☐ Homegrown CRM for lead Routing ☐ Directed Routing ☐ Customer LOS Application for Screen Pop | ██████ Plus all applicable taxes and expenses) | Completion of Professional Services described in section 3 of this SOW |
| **Outbound Dialer** | **Phase 3** | Outbound Configuration ☐ Outbound Dialer ☐ Proactive XS to Customer Application | ██████ Plus all applicable taxes and expenses) | Completion of Professional Services described in section 4 of this SOW |
| **Interaction Analytics** | **Phase 4** | Interaction Analytics Pro ☐ Interaction Analytics Pro Implementation ☐ Interaction Analytics Pro Enablement | ██████ Plus all applicable taxes and expenses) | Completion of Professional Services described in section 5 of this SOW |
| **Interaction Analytics** | **Phase 5** | Interaction Analytics Pro ☐ Interaction Analytics Customer Success | ██████ Plus all applicable taxes and expenses) | Completion of Professional Services described in section 6 of this SOW |
| **Enhanced Training** | **Phase 6** | Enhanced Training ☐ Enhanced Training: UC Gold ☐ Enhanced Training: CC Silver | ██████ Plus all applicable taxes and expenses) | Completion of Professional Services described in section 7 of this SOW |

| Scripting Enablement | Phase 7 | Scripting Enablement<br>☐ Scripting Training: Private | ████ Plus all applicable taxes and expenses | Completion of Professional Services described in section 8 of this SOW |
|---|---|---|---|---|
| Program Management | Phase 8 | Monthly Billing Program Management – Month 1 | ████ (Plus all applicable taxes and expenses) | Completion of Professional Services described in section 1 of this SOW |
| Program Management | Phase 9 | Monthly Billing Program Management – Month 2 | ████ (Plus all applicable taxes and expenses) | Completion of Professional Services described in section 1 of this SOW |
| Program Management | Phase 10 | Monthly Billing Program Management – Month 3 | ████ (Plus all applicable taxes and expenses) | Completion of Professional Services described in section 1 of this SOW |
| Program Management | Phase 11 | Monthly Billing Program Management – Month 4 | ████ Plus all applicable taxes and expenses | Completion of Professional Services described in section 1 of this SOW |

The following activities shall be performed as part of this Statement of Work and in accordance to the PS Agreement:

1. **Program Manager**
   1.1. **Assignment of a designated Project Manager ("PM") –** The RingCentral PM will act as Single Point of Contact (SPOC) for delivery services up to six (6) months following contract execution. The RingCentral Project Manager will be responsible for the following activities in connection with this Statement of Work (SOW):
   i. Internal and external kickoff session hosted by RingCentral;
   ii. Defining project tasks and personnel requirements
   iii. Creation and management of project governance, to include:
      a. Project plan and Schedule;
      b. Communication plan, resource plan, escalation plan, change plan, test plan;
      c. Action and risk register;
   iv. Completing resource assignment and scheduling in alignment with project schedule;
   v. Set up of project documentation and timelines in collaboration with designated Customer Single Point of Contact;
   vi. Create and maintain a Project Plan;
   vii. Identifying, communicating and mitigating project risks and issues;
   viii. Alignment of scope of services with customer expectations during kickoff;
   ix. Developing, reviewing, authorizing, implementing, and managing change requests and interventions (Perform Change Management) to achieve project outputs;
   x. Facilitating and leading regular status update meetings, organize planning sessions and Customer steering committees, as applicable;
   xi. Completing scoped migration and go live support;
   xii. Performing closure procedures at the conclusion of project activities;
   xiii. Attend weekly remote planning meetings;
   xiv. Provide coordinating local testing/troubleshooting of new solution;

xv. Ability to update and/or modify the Customer's RingCentral portal as required. Ongoing Moves, Ads, Changes, deletes (MACD) included;

xvi. Assisting end users in migration to new technology;

xvii. Conduct remote and onsite training sessions as required;
    a. Resource is available to travel as required and scheduled in advance

**Resource Requirements** – Term of the SOW is four (4) months following execution date

i. Resource assignment includes 42 resource hours per month for the first four (4) months

ii. Additional monthly hours above those included in this agreement are available to the Customer via Change request at an additional charge.

iii. Should Customer wish to add additional months of dedicated PM services as described in this SOW, beyond the projected timeline of services, Customer shall provide thirty (30) days written notice to RingCentral, after which a new SOW is drafted covering the new services

2. **RingCentral Contact Center Core Configuration**

   **2.1. Overview**

     i. This remote stage will provide a complete build-out of the following features and applications across all defined lines of business

     ii. Final design subject to the specifications of the fully executed BRD developed, and agreed upon, during the Planning and Design Sessions by RingCentral Project Manager and Customer Project Manager

   **2.2. RingCentral Planning and Design ("P&D") and Business Requirements Document ("BRD") review** – During this process, the Customer engages its subject matter experts (SME's) to define, capture, record, and review the existing Customer environment and design for the future-state Customer solution. RingCentral will be responsible for introducing and completing the Business Requirements Document with input from the Customer. The fully reviewed BRD is signed off by RingCentral's Project Manager and the Customer's Project Manager prior to moving to deployment. Any changes to the fully executed BRD will require a Change Order and may subject to additional fees. Data captured may include, but is not limited to, the following:

    iv. Customer Site Information;

    v. User upload;

    vi. Agent names and assignments;

    vii. Teams, campaigns, skills, POC;

    viii. Multi-channel integration as specified in the SOW;

    ix. Porting data;

    x. Call Flow – Current state and future state desires;

    xi. Deployment Overview;

    xii. Go-Live Readiness Report Card;

    xiii. Any/all other relevant information to fully understand the customer Contact Center end state;

    xiv. Any items deemed outside standard delivery requirements may result in additional fees and should be requested via Change Order.

DocuSign Envelope ID: 6BDB6783-2841-4097-9916-0BD8400C24B8

**2.3. RingCentral Planning and Design ("P&D") and Business Requirements Document ("BRD") review** – The parties will work on the Planning and Design Process and will prepare the Business Requirements Document as set forth in Section 2.2 of this SOW.

    i.    RingCentral has included one (1) unique BRD data collection sessions with the full contact center team

    ii.    Each group will provide data during their assigned data collection process for their line of business and contribute to a universal BRD across all lines of business / business units

    iii.    Additional data collections are available to the customer for further breakout via change request at an additional expense if data collection needs to take place by country or user group

    iv.    On-site data collection is not included in this offering but available via change request at an additional charge

**2.4. Network Readiness Assessment**

    i.    RingCentral will provide the Customer with one (1) assessment of the customer's primary Internet Service Provider (ISP) connection to and from RingCentral. This connection will be at the customer's firewall (edge).

    ii.    RingCentral's Network Engineer will provide the following:

        a.  RingCentral Network Requirements Documentation;

        b.  Satellite installation guide;

        c.  Assistance with satellite installation;

        d.  Document and share results of network assessment for customer reference;

    iii.    Site assessments not completed prior to Go-Live will result in the forfeiture of the assessment for this project.

    iv.    Additional network assessments or consultations are available to the customer via an executed Change Order and will result in additional fees

        a.  This may include additional ISP links or sites.

**2.5. Implementation**

    i.    Administration of up to **2030** named customer users to a max of up to **2030** total named users;

        a.  Named customer users can include a mix of on-site agents, remote agents, supervisors, and administrators globally to a total of up to 2030 agents

        b.  Customer may elect to add additional go live instances and delivery phases by adjusting user count via executed change request not to exceed the total scoped users

        c.  Configuration of additional users above the included 2030 are available via change request at an additional charge

        d.  Administration of up to 2030 named agent personal queues to a max of up to 2030 personal queues

    ii.    Configuration of up to one hundred (100) unique call flow scripts

        a.  Administration and assignment of up to four-hundred (400) unique skills

           ☐ Unique skills are required for inbound routing to state licensed agents

           ☐ Inbound calls will query against a Customer provided database for purposes of routing to the assigned Loan Officer (LO) licensed for the appropriate state

        b.  Configuration of menus and scripting in English language only

           ☐ Customer is responsible for menu and prompt recordings (as necessary)

           ☐ RingCentral voice talent is available for recordings at an additional cost

    iii.    Configuration of up to twenty (20) types of call handling flows when in queue for an agent
- a. Configuration of audio recording on call flows designated by the Customer;
- b. Configuration of Callback in Queue feature and integrate into Studio scripting as designed during the BRD session;
- c. Configuration of average wait time or place in queue as designed during the BRD session;
- d. Configuration of Contact Center Voicemail and integrate into Studio scripting as designed during the BRD session;

    iv.    Administration and assignment of up to three hundred (300) unique points of contact
- a. Point of contact (POC) can refer to an inbound phone number, email address, or chat URL

    v.    Administration of campaigns, dispositions, and hours of operations profiles in support of the contact center;
- a. Administration of up to one-hundred (100) disposition codes;
- b. Administration of up to fifty (50) unavailable codes;
- c. Configuration of up to ten (10) Hours of Operation profiles to support the Contact Center
- d. Administration and assignment of teams, locations, stations;
- e. Administration and assignment of security and agent profiles;

    vi.    Native reporting functionality for the Contact Center agents and supervisors
- a. Training for custom report creation is provided during administration training (see Enhanced Training section of SOW)
- b. Custom report creation by Professional Services is not included in this proposal
  - ☐ Custom report creation is available via change request at an additional charge

    vii.    Full time call recording for all inbound and outbound calls through RingCentral Contact Center
- a. RingCentral Contact Center licenses include 1GB recording storage per license, per month as part of the service.
- b. Additional on-board and long-term storage options are available.
- c. If Customer exceeds the allotted 1GB recording storage, Customer shall be charged for the overage recording storage at a rate specified in the relevant Contact Center Order Form.
- d. The recording storage is configured for 30 days of storage as part of this implementation.

### 2.6. Agent Scripting Implementation – Full

    i.    A shortened implementation package for Agent Scripting

    ii.    Implementation includes:
- a. Up to twenty-four (24) page actions/discussion points to deliver standard information to the agent
- b. Integration to a third party / CRM is available (will require API scope)
  - ☐ Not all external CRM solutions are supported
  - ☐ RingCentral will pass a data string to Customer application and return a specific agent script via iFrame
  - ☐ Customer agent must track on the agent script presented in the frame
- c. Up to three (3) Web Service / Database calls (lookup or update only)

**2.7. Contact Center Training Services**
   i.   See Enhanced Training section 7 of this Statement of Work for included training services
   ii.  Additional training services are available to the Customer via change request at an additional charge

**2.8. Migration Services**
   i.   Up to forty (40) hours of remote go live support for up to 2030 agents across one (1) proposed migration
         a.  Customer may elect to execute a change request with RingCentral add go live instances to this SOW via written request to the RingCentral PM, at no additional cost, not to exceed the included forty (40) total go live support hours for agent migration
   ii.  Go-live support includes:
         a.  Remote support during the day of go-live is included to ensure a smooth transition to the production environment
         b.  During the additional days of go-live, RingCentral will include remote resources for additional Q&A, debugging, and porting support
   iii. Additional hours of go-live support can be added via change request at an additional charge

3. **API Integration – Ntersol Application**
   **3.1. API integration via Ntersol Full API**
   i.   Includes up to four (4) webservice calls from the RingCentral Contact Center to the Customer provided Application API via Ntersol to allow for the RingCentral Contact Center to read and write data to and from the Application for routing of call leads to the Contact Center
   ii.  Full API integration using open REST API via JSON or XML
         a.  This integration will support passing data from Ntersol to RingCentral for purposes of prioritizing leads and routing contacts to the Loan Officers (LO)
         b.  Capture of interaction details and allow agent disposition on lead
         c.  Included integration with Ntersol using standard objects
               ☐ Custom object integration is not included in this offering but is available at an additional charge via change request
         d.  RESTful API integration with Application/JSON or Application/XML
               ☐ The return type must match the request type
               ☐ Returns can be no larger than 32k
               ☐ URL must be public facing RESTful API must support push or pull of necessary data to support the screen pop
               ☐ RESTful API must support push or pull of necessary data to support click -to-dial
               ☐ RESTful API must not have certificate requirements
   iii. Customer is responsible for proper licensing with Ntersol API to support the required configuration
         a.  Customer developer or administrator is responsible to assist with the API integration and testing
               ☐ Costs associated with developer or administrator support within Customer application are the sole responsibility of the Customer
         b.  Customer is responsible to provide documentation and access to all available API's for integration

☐ Customer is responsible to provide a working copy of the API via Postman or working code

☐ Failure to supply working examples of code, or Postman samples will result in API phase moving to a hold state until provided

☐ Example code or Postman samples are provided for reference in Appendix A of this document

    c. Any one-time, or recurring charges necessary from Customer CRM are the sole responsibility of Customer

  iv. Middleware development for integration by RingCentral not included

    a. Additional development effort may incur incremental charges

## 3.2. API integration via LOS Full API

  i. Includes up to four (4) webservice calls from the RingCentral Contact Center to the Customer provided Application to allow for the RingCentral Contact Center to read and write data to and from the Application for screen pop and memorialization of data

  ii. Full API integration using open REST API via JSON or XML

    a. This integration will support data look-up via web services call and return of variables

    b. Data dip into customer provided application instance to initiate screen pop to customer agents

☐ Look-up via collected caller ANI;

☐ Look-up via collected dialed DTMF;

    c. Capture of interaction details and allow agent disposition on case / ticket

    d. Included integration with application using standard objects

☐ Custom object integration is not included in this offering but is available at an additional charge via change request

    e. RESTful API integration with Application/JSON or Application/XML

☐ The return type must match the request type

☐ Returns can be no larger than 32k

☐ URL must be public facing RESTful API must support push or pull of necessary data to support the screen pop

☐ RESTful API must support push or pull of necessary data to support click-to-dial

☐ RESTful API must not have certificate requirements

  iii. Customer use case:

    a. Exact match on ANI = present as screen pop to agent on marquee;

    b. Multi-record match on ANI = present a follow-up collection menu or present as a search page;

    c. No match on ANI = return a follow-up collection menu, or present a new object to the agent

  iv. Customer is responsible for proper licensing with application API to support the required configuration

    d. Customer developer or administrator is responsible to assist with the API integration and testing

☐ Costs associated with developer or administrator support within Customer application are the sole responsibility of the Customer

    e. Customer is responsible to provide documentation and access to all available API's for integration

   ☐ Customer is responsible to provide a working copy of the API via Postman or working code

   ☐ Failure to supply working examples of code, or Postman samples will result in API phase moving to a hold state until provided

   ☐ Example code or Postman samples are provided for reference in Appendix A of this document

  f. Any one-time, or recurring charges necessary from Customer CRM are the sole responsibility of Customer

 v. Middleware development for integration by RingCentral not included

  b. Additional development effort may incur incremental charges

### 3.3. Data Directed Routing

 i. Will require web service call to dip into and route calls by defined variable in the customer database

 ii. Example Use Case for Data Directed Routing

  a. Field to query against and verify record: {ANI}

  b. Return: Contact Name / Profile ID / URL for screen pop / Scheduler Name (data driven routing) / Priority definition to update call priority in queue

 iii. Example Use Cases:

  a. Delinquent flag will route to financial services or collections group

  b. Membership routing

   ☐ Platinum customers may receive priority routing

  c. Final uses cases and design are subject to final mutually agreed upon design

  d. Routing to named account agent based on ANI look-up

  e. Routing to state licensed agent based on account look-up into Customer database

## 4. Outbound Configuration

### 4.1. Personal Connection Outbound Dialer

 i. Implementation and setup of the Personal Connection outbound dialer

 ii. Billed as a one-time (non-recurring) charge

 iii. Implementation includes:

  a. Assigned Implementation Consultant who remotely oversees the implementation end-to-end

  b. 1-hour Business Requirements call that will serve as the basis for the Business Requirements Document (BRD)

  c. The Implementation Consultant will validate the configured software according to the BRD

  d. Delivery of twenty (20) custom Studio scripts

  e. Configuration of up to fifty (50) campaigns (skill) to include:

   ☐ General / original campaign – always running in the background

    1. Trigger leads;

    2. Assigned leads

   ☐ Credit inquiry / credit leads campaign – supersedes master campaign and priority leads are assigned to the drip campaign

    1. Credit organizations will monitor for credit holds and are notified of firm order of credits for the Customer

  f. eLearning training include

☐ Instructor-led training available at additional cost
g.  Remote launch support during the day of the go live
h.  Onsite support and additional scope are available at additional cost

**4.2. Proactive XS Integration – API Integration to customer Application**

i.   Additional integration beyond standard implementation of the Personal Connection outbound dialer
ii.  Integration includes:
a.  1 data source
b.  Pull records from CRM or host system (check out)
c.  Push information back to CRM or host system (check in)
d.  Basic contact disposition
e.  Basic outbound contact removal on inbound call
f.  1 additional customer selected interaction
iii. Automated Outbound Dialer Lists via CRM Integration
a.  Searches for records in CRM that matches criteria to add to the dialing list
b.  Updates CRM with the status of records in the Dialer and the call outcomes
c.  Searches for records in CRM that matches criteria to remove from the dialing list
iv.  RingCentral will work with the Customer to write data from speed to lead to Customer application and create general outbound campaigns

**4.3. Customer Use Case(s)**

i.   Speed to Lead handling
a.  Ntersol will organize leads generated and arriving at Amerisave via the website or external applications
b.  Ntersol will identify priority of the leads and leverage the Developer API to present leads to RingCentral Contact Center as part of a campaign for speed to lead prioritization
ii.  Priority lead handling
a.  Process will assign a routing tag to the lead
b.  When the lead is answered that tag maps to a series of teams
c.  Priority lead will route to the Loan Officer (LO) first
d.  If LO is not available, it will overflow to a series of teams
e.  Last step it will get answered by a screener
iii. Loan Officer contact via screening through junior officer
a.  Generic lead dialed and routed to a junior loan officer / screener
b.  Managed transfer from the junior to the senior officer
☐ Loan officer is assigned to the lead and will manually set a follow-up date
☐ The LO is then responsible for that lead
iv.  Outbound campaign configuration (older leads via scooping)
a.  Customer and RingCentral will work together to identify leads to sort and add to a campaign newest to oldest
v.   Campaign logic assignment / rule check
a.  Customer will provide calling logic and calling rules to screen leads prior to providing to RingCentral Contact Center

5.  **Analytics Advanced**
    **5.1. Interaction Analytics**

      i. Implementation includes:

     ii. Collaborative working sessions to complete the following:

         a. System Setup & Config
- ☐ Creation of Company Profile for Machine Learning
- ☐ Custom Sentiment
- ☐ Corrections

         b. Category & Rule Sets
- ☐ OOTB Categories
- ☐ From scratch categories

         c. Category Customization & Tuning
- ☐ Modify Existing categories
- ☐ Create from scratch categories
- ☐ Tuning (phrase adjustments)

         d. Develop and Buildout of Custom Category Sets/Use Cases
- ☐ Needs Assessment to identify Areas of focus to develop Custom Topics & Categories
- ☐ Create, Run & Tune categories
- ☐ Up to three (3) category sets with up to a total of fifteen (15) categories across all category sets

         e. Workspace Management
- ☐ Create and manage Workspaces & Workspace Sets
- ☐ Add & Configure Widgets
- ☐ Filtering Widgets and Workspaces

    iii. All deliverables subject to final mutually agreed upon design documentation

    iv. Remote eLearning is available to the Customer for continued education

     v. Go live support and transition to support services

**5.2. Omni-channel Analytics Training**

      i. Up to two (2) hours of training on the Omni-channel Analytics platform including:

         a. How to configure categories, topics, and dashboards that provide business insights to assist in improving processes and performance

**6. Interaction Analytics Customer Success Program**

   **6.1. Customer Success Program – IA Pro**

      i. Delayed 30 days from completion of training to allow clients exposure to the tool

     ii. Up to 12 hours of remote, structured PPE assistance with categorization, company profile, dashboards, and other customizations designed to support the customer's defined business case

    iii. 4 hours of Q&A with PPE

    iv. 1 hour per month Customer Success check-in session with PPE for first three months - post engagement

     v. Additional PPE days are available at cost

**7. Enhanced Training**

   **7.1. Enhanced Training – RCO and Contact Center**

      i. RingCentral Professional Services will provide resources to complete the following:

         a. Up to six (6) hours of pre-training consultation with a dedicated Training Specialist.

      b. Delivery of two (2) custom training plans, one for Office, one for Contact Center, that outlines the recommended remote-instructor led training and eLearning in RingCentral University for both end users and administrators. The custom training plan will be presented during a meeting between the customer and the dedicated training specialist where the document will be reviewed, and questions will be addressed.

      c. Up to twenty (20) hours of remote instructor-led training. Courses can be selected from the RingCentral University live training catalog for both Office and Contact Center users (https://university.ringcentral.com/page/live-training-catalog) but the delivery of the courses can be customized to meet the unique needs of the customer

      d. Session recordings are included at no additional cost.

      e. User licenses with access to self-paced, end user training via eLearning at RingCentral University.

      f. Access to two (2) RingCentral LMS analytics admin role that can be used to run reports on course completions in RingCentral University.

  ii. Assumptions:

      a. Additional consultation and/or instructor-led training sessions available at an additional cost via change request

      b. Additional self-paced, administrator training via eLearning at RingCentral University included at no additional cost

      c. Custom documentation and videos available at an additional cost via change request

      d. All training sessions delivered remotely, unless otherwise specified

## 8. Scripting Enablement

### 8.1. Scripting Training: IVR Development - Private

  i. Classroom: remote instructor led training

  ii. This course is an introduction to the Studio IVR programming application

      a. In this highly interactive and hands on course, you will learn how to create an optimal contact flow from the ground up using the most popular Studio actions and the "best practices" of Studio Scripting

      b. Once you have completed this course you will have the confidence and ability to not only create your own scripts, but to also modify your existing business' scripts in order to give your customers an optimal experience

  iii. Included modules:

      a. Script Development Process

      b. Overview of Studio

      c. Scripting Guidelines

      d. Building a First Script

      e. Menu Options

      f. Agent States

      g. Record Messages (Voicemail)

      h. Queue Count

      i. Event Actions

      j. Actions Overview
          ☐ Snippet, Assign, RunScript, RunSub

      k. List Management
          ☐ Creating a temporary database in the script

      l.  Spawning a Script
          ☐ Running multiple scripts off a single contact
      m.  Customizing the agent experience
      n.  Callback in Queue Scripting
      o.  Prompt Manager
      p.  Script Etiquette and Best Practices

  iv.  Estimated training duration - 2 days
  v.  Up to six (6) customer attendees

## 9. Assumptions and Customer Responsibilities

### 9.1. Integration Assumptions (as applicable):

i. All Integrations will utilize a full API integration using open REST API via JSON or XML

ii. This integration will support data look-up via web services call and return of variables

iii. RESTful API integration with Application/JSON or Application/XML
   a. The return type must match the request type
   b. Returns can be no larger than 32k
   c. URL must be public facing

iv. Customer resources will provide, configure and support end-points to be accessed in the API Gateway

v. Specific IVR method calls will be designed and implemented in the RingCentral Contact Center Planning and Design process, which is not covered in this section

vi. Middleware development for all included integrations are not required for RingCentral to integrate with the Customer applications
   a. Requirements for Middleware will require additional development effort via change request at an additional charge
   b. Additional middleware or VPN connections into the Customer application(s), or changes to the proposed integration method outlined in this SOW are subject to additional mutually agreed upon charges

### 9.2. Customer Responsibilities

i. Porting Services
   a. The Customer is responsible for authorizing the telephone number porting by RingCentral

ii. The customers LAN/WAN infrastructure;

iii. Network minimum requirements for RingCentral as a Service model;
   a. Quality of Service (QoS) configuration;
   b. Firewall or Access Control List (ACL) configuration;
   c. Power over Ethernet (POE) port activation / configuration;

iv. Completion of thorough User Acceptance Testing (UAT) prior to go live;

v. Tracking resource attendance and completion of all provided training session(s);

vi. Customer web integration resource to assist with URL placement for webchat integration;

vii. Customer email integration resource to assist with email alias placement for email routing;

viii. Customer is responsible for proper licensing with Customer provided applications to support the required configuration
   a. Customer developer or administrator is responsible to assist with the API integration and testing
   b. Costs associated with developer or administrator support within Customer provided applications are the sole responsibility of the Customer

      c. Any one-time, or recurring charges necessary from third party Customer provided applications are the sole responsibility of the customer

      d. RingCentral will not access the customer Production environment for configuration or administration

   ix. Customer is responsible for proper licensing with provided application provider to support the required configuration

      a. Any one-time, or recurring charges necessary from the payment provider are the sole responsibility of the customer

      b. Customer is responsible for configuring RESTful endpoints within the payment application

   x. Configuration and software installation on customer PCs;

   xi. Customer is responsible to assist with account validation of any/all digital channels

      a. Any recurring or non-recurring services associated with digital accounts are the sole responsibility of the Customer

## 10. Handoff Testing

### 10.1. System Integration Testing (SIT)

   i. RingCentral will complete System Integration Testing (SIT) following final configuration of Contact Center prior to handoff to the Customer to start User Acceptance Testing (UAT);

### 10.2. UAT Assumptions

   i. During UAT, the Customer will designate users to complete application testing in mock real-world scenarios to validate the RingCentral build matches the agreed signed Business Requirements Document (BRD);

   ii. Customer will define the UAT scenarios or stories by phase and the mutually agreed criteria is recorded as an Appendix in the BRD prior to mutual execution as the document of record;

      a. If UAT scenarios are not specified by the Customer, then work is deemed accepted and ready for go live upon notice from RingCentral that the work is complete and ready for testing;

   iii. Customer resources participating in UAT must complete all pre-recorded online training sessions for agent, supervisor, and/or admin related to their job role prior to starting UAT;

      a. RingCentral Implementation Engineer may provide up to one (1) hour of additional guided training to UAT participants, as requested by the Customer, specific to the test criteria;

   iv. The outcome of all UAT scenarios are documented by the Customer in a written format and provided to RingCentral at completion of testing;

      a. Any variation in expected results (errors, flaws, failures, adjustments) are provided in writing to the RingCentral Project Manager for review and resolution;

      b. RingCentral will provide an expected variation resolution date and submit back to the Customer for additional testing;

   v. Upon completion of all UAT scenarios, the Customer will submit final written completion of testing to RingCentral prior to scheduling go live;

      a. RingCentral will append the BRD to include completed UAT criteria in the final published BRD;

### 10.3. UAT Constraints

   i. The Customer and RingCentral will enact a mutual software / code freeze prior to start of SIT and UAT;

    ii.     Customer shall perform UAT within fourteen (14) calendar days of application handoff from RingCentral for any Deliverables, unless otherwise mutually agreed by the parties considering the nature or scope of the Deliverable in writing prior to start of testing;

    iii.    Any Customer changes in software or code following written UAT completion resulting in new application behaviors may result in additional charges to the Customer via Change Request for troubleshooting and issue resolution;

    iv.    Additional days of UAT support are available to the Customer via Change Request at an additional charge

### 10.4. Project and Phase Acceptance
    i.     Final phase and project acceptance subject to terms and conditions in RingCentral MSA

## 11. Hours of Operation - Standard Service Hours
    i.     Unless otherwise specified, pricing assumes that Services will be performed between 8:00 AM to 5:00 PM local site time, Monday-Friday, excluding holidays ("Standard Service Hours")

    ii.    Work requested and performed outside Standard Services Hours will be subject to overtime charges via executed Change Order

## 12. Customer's Telephone Number Porting –The Customer is responsible for authorizing the telephone number porting by RingCentral. RingCentral shall provide guidance on porting data collection, and shall assist with submission of porting request(s).  Customer and RingCentral agree that RingCentral is not responsible for the portability of any individual number or group of numbers and the sign-off the Professional Services Project Completion Signoff Document shall not be withheld by Customer for delays in the porting of the numbers.

    i.     Notwithstanding the above, the RingCentral Project Manager, upon Customer request, shall assist the Customer with this responsibility by performing the following tasks for each Site:

    ii.    The RingCentral Project Manager shall assist the Customer with the initial submission of port requests and shall assist in up to three (3) rejections/resubmissions per location or 90 days from submission, whichever occurs first;

        a.   Any additional port rejections will be the responsibility of the Customer;

        b.   Customer shall provide RingCentral all appropriate Letters of Authorization ("LOA"'s), billing information, and authorized signer for each location;

        c.   Porting submissions will include numbers mapped to correct route as "company" numbers or Direct Dial phone numbers;

## 13. Delays and Changes- Changes to this SOW shall be made only in a mutually executed written change order between RingCentral and Customer (a "**Change Order,**") outlining the requested change and the effect of such change on the Services, including without limitation the fees and the timeline as determined by mutual agreement of both parties.  Any delays in the performance of consulting services or delivery of deliverables caused by Customer, including without limitation delays in completing and returning Customer documentation required during the P&D or completing the BRD, may result in an adjustment of project timeline and additional fees. Any changes or additions to the services described in this SOW shall be requested by a Change Order and may result in additional fees.

## 14. Project Phasing - The Professional Services may be delivered in one or more phases as set forth in this SOW. This SOW describes the milestones, objectives, Deliverables, Sites, fees and other components that are included in the scope of each phase ("Project Phases"). Customer agrees that the delivery, installation, testing, acceptance and payment for the Professional Services rendered under any one

Project Phase is not dependent on the delivery, installation, testing, acceptance and payment for the Professional Services under any other Project Phase. Each Project Phase will be billed upon Acceptance, and Payment for each Project Phase is due in full within the applicable payment period agreed between the parties and is non-refundable.

IN WITNESS WHEREOF, the Parties have executed this RingCentral Professional Services Statement of Work for Implementation Services below through their duly authorized representatives.

| Customer | RingCentral |
|---|---|
| **Amerisave** | **RingCentral, Inc.** |

By: _Mike Berte_       By: _Marc Lambert_

Name: Mike Berte       Name: Marc Lambert

Title: President       Title: Area Vice President, Major Accounts

Date: 4/26/2021       Date: 4/27/2021

# RingCentral Professional Services

**Appendix A**
**Example API Documentation**

**Overview:**

Customer is responsible to provide documentation and access to all available API's for integration to customer NEWCASE APPLICATION or Database

    a.   Customer is responsible to provide a working copy of the API via Postman or working code

    b.   Sample code example provided below

**Description:**

MetaWeather provides an API to request weather data via JSON over HTTPS

**Postman Example:**



**Postman Collection:**

```json
{
    "info": {
        "_postman_id": "285495cf-fbc8-4394-aa52-dcc0ef5a1544",
        "name": "MetaWeather",
        "schema": "https://schema.getpostman.com/json/collection/v2.1.0/collection.json"
    },
    "item": [
        {
            "name": "Metaweather API Example",
            "request": {
                "method": "GET",
                "header": [],
                "url": {
                    "raw": "https://www.metaweather.com/api/location/search/?query=houston",
                    "protocol": "https",
                    "host": [
                        "www",
                        "metaweather",
                        "com"
                    ],
                    "path": [
                        "api",
                        "location",
                        "search",
                        ""
                    ],
                    "query": [
                        {
                            "key": "query",
                            "value": "houston"
                        }
                    ]
                },
                "description": "Example to do a location search"
            },
            "response": []
        }
    ],
    "protocolProfileBehavior": {}
}
```