# EXHIBIT 4

DocuSign Envelope ID: 8E7DC57D-D198-446B-B140-8EB873BDBC07



# Go Live Acceptance Document

# AmeriSave
# 9/2/2021

© 2016 RingCentral Contact Center, Inc. - "RingCentral Contact Center" is a registered trademark of RingCentral Contact Center, Inc. All other registered and unregistered trademarks are the sole property of their respective owners.

# RINGCENTRAL GO-LIVE CONFIGURATION

| Internal Go-Live Configuration | | | | | |
|---|---|---|---|---|---|
| Customer and Project Information | | | | | |
| Customer Name: | AmeriSave | | | | |
| Partner: | RingCentral/Skybox | | | | |
| Account Number: | 4602352 | | | | |
| Cluster: | C48 | | | | |
| Implementation Manager | Dustin Lippold | | | | |
| Project Manager | Barbara Beauchamp | | | | |
| Customer Contact: | Marion Bass | | | | |
| Contact Phone: | 4047361777 | | | | |
| Contact Email: | mbass@amerisave.com | | | | |
| Go Live Date: | 9/2/2021 | | | | |
| Go Live Time: | 11:00am | | | | |
| Hours of Ops: | 24/7 | | | | |
| Is this a Telephony Only Go Live? | Y | | | | |
| What/How are they using inContact: *(Products purchased)* | ACD/IVR | | | | |
| | Web service Integration | | | | |
| Media Types: | Phone | Chat | Email | Voicemail | Workitem |
| | Yes | No | No | No | No |
| Any Custom Apps: | No | | | | |
| How many concurrent agents: | 900 | | | | |
| How many concurrent agents will it grow to: | 1,000 | | | | |
| Seasonal Business: | No | | | | |
| If seasonal provide detail: | | | | | |
| Number of total calls expected per day? | 1.3 million (including dialer) | | | | |
| Number of simultaneous (concurrent) calls at peak? | 4,000 | | | | |
| Inbound A-Leg Connectivity: | RingCentral SIP | | | | |
| Outbound B-Leg Connectivity: | RingCentral SIP | | | | |
| Customer Success Service Package Level: | Enterprise Gold | | | | |
| TAM/CSM: | Aspen Wilke/Don Marshall | | | | |

DocuSign Envelope ID: 8E7DC57D-D198-446B-B140-8EB873BDBC07

# GO-LIVE READINESS REPORT CARD

| Introduction |
|---|
| Below, you will find your organization's current score on RingCentral's Go-Live Readiness Report Card. Your Implementation Manager has completed the evaluation for each subject area based on status calls held throughout the implementation process. Centered on your team's progress as a whole, you will see a pass or fail grade for each area. Please review the topical areas and confirm that the items listed have been completed and are marked correctly prior to the launch of your new contact center application. Completion of each subject area will ensure a smooth go-live and successful transition to the inContact application. Should you find a discrepancy in the report, please let your Implementation Manager know as this may delay the deployment. |

| Customer Readiness Report Card | | |
|---|---|---|
| Subject | Description | Customer Validation |
| Overall | A grade will be given based on all subject areas below. Should any topics be left incomplete, the resulting overall score will be "Fail." | PASS |
| System | Business requirements are completed, network configurations and software applications have been installed and enabled. | PASS |
| Agent(s) | Agents have completed training, logged in and completed the activities required. | PASS |
| Manager/Supervisor | Manager/Supervisors have completed training, understand the reporting and are ready to manage their center. | PASS |
| Project | All project documentation has been reviewed and signed off on. | PASS |
| Support | Support process has been reviewed and a thorough understanding. | PASS |

| | System Readiness |
|---|---|
| | |
| x | Verify UserHub setup according to the Business Requirements Document (BRD) |
| x | Complete an end-to-end test of Contact Center application as designed in the BRD |
| x | Create all users (and stations where applicable) |
| x | Assign skills to agents |
| x | Download Studio (if needed for prompt recording or scripting) |
| x | Configure ring-no-answer timeout settings for the phone system |
| x | Port Request Completed |
| | Agent Readiness |
| x | Complete Agent Training |
| x | Each agent knows their username, password, and station |
| x | Confirm each agent has successfully logged into the contact center |
| x | Each agent has launched the agent interface (MAX agent) |
| x | Knows how to transfer a call |
| x | Validate each agent has successfully received and completed both inbound and outbound calls |
| | Manager/Supervisor Readiness |
| x | Complete management training program Education |
| x | Can force logout for an agent |
| x | Log in to all applicable contact center applications |
| x | Address current reporting needs and access all necessary reports (Post Go Live training) |
| | Project Readiness |
| x | Sign and return the subsequent acceptance section that confirms end-to-end testing is completed, the application is built correctly, and the new contact center platform is ready to go-live |
| | Support Readiness |
| x | The support process has been communicated and is understood |
| x | Customer can access the support site to create or view cases, billing and trust information |

# FINAL CUSTOMER GO-LIVE ACCEPTANCE

As a result of the joint efforts of our project teams, Skybox is ready to launch AmeriSave. The Contact Center application functions as specified in this Business Requirements Document (BRD). AmeriSave accepts the application as designed.

**Application Billing Attributes**

**The Contact Center has 2030 billable users at Go-Live, with 2030 originally contracted.**

**The Contact Center has 5075 voice ports at Go-Live, with 5075 originally contracted.**

**The Data Storage solution is 120 days TTL (30 days active/90 days Long Term)**

- **NOTE: AmeriSave acknowledges both limited or persistent storage solutions could include incremental billing based on the original contractual agreement on application storage limits.**

The set Go-Live Date is **9/2/2021.** The contract term and the billing of minimum monthly charges will begin based on the original contractual agreement.

If you have any issues and need immediate technical assistance, not provided by the Implementation Team, please contact our Technical Support Team 888.898.4591

| **Final Customer Acceptance** | | | |
|---|---|---|---|
| Signature: | *Marion Bass* (DocuSigned by: 6EE9178545D3417...) | Date: | 8/30/2021 |
| By (Print Name): | Marion Bass | Title: | CTO |

| **Implementation Manager Approval** | | | |
|---|---|---|---|
| Signature: | *Dustin Lippold* (DocuSigned by: 072C76CA9BE1496...) | Date: | 8/30/2021 |
| By (Print Name): | Dustin Lippold | Title: | Implementation Manager |