# EXHIBIT 5



# INITIAL ORDER FORM - OFFICE SERVICES

This Initial Order Form is a binding agreement between RingCentral, Inc. (**"RingCentral"**) and **Amerisave**, (**"Customer"** or **"You"**) (together the **"Parties"**), for the purchase of the Services, licenses, and products listed herein. This Initial Order Form is subject to the terms and conditions specified in the applicable Agreement between the Parties. Capitalized terms not defined herein shall have the same meanings as set forth in the applicable Agreement between the Parties. Any Special Terms and Notes added by Appendices or any other Appendices attached to this Order Form are incorporated into and made a part of this Initial Order Form.

| Service Provider | |
|---|---|
| Service Provider | RingCentral, Inc. |
| Address | 20 Davis Drive |
| City, State & Zip Code | Belmont, CA 94002 |
| Country | USA |

| Customer | |
|---|---|
| Customer | Amerisave |
| Address | 3525 Piedmont Road NE, 8 Piedmont Center Suite 600 |
| City, State & Zip Code | Atlanta, GA 30305 |
| Country | United States |
| Billing Contact Person | |
| Billing Contact Phone | |
| Billing Contact E-mail Address | |

| Service Commitment Period | |
|---|---|
| Start Date | April 27th, 2021 |



| Service Commitment Period | |
|---|---|
| **Initial Term** | 60 Months |
| **Renewal Term** | 12 Months |

| **Payment Schedule** | Monthly Payment Schedule |
|---|---|

| **RingCentral Office Services** | | | | | |
|---|---|---|---|---|---|
| **Summary of All Services** | | | | | |
| **Summary of Service** | **Charge Term** | **Qty** | **Rate** | **Monthly Subtotal** | **One-time Subtotal** |
| Additional Local Number | Monthly | █ | █ | █ | █ |
| Additional Toll-Free Number | Monthly | █ | █ | █ | █ |
| DigitalLine Unlimited Standard | Monthly | █ | █ | █ | █ |
| e911 Service Fee | Monthly | █ | █ | █ | █ |
| Compliance and Administrative Cost Recovery Fee | Monthly | █ | █ | █ | █ |
| Compliance and Administrative Cost Recovery Fee* | Monthly | █ | █ | █ | █ |
| e911 Service Fee* | Monthly | █ | █ | █ | █ |
| Digital Line Unlimited* Standard | Monthly | █ | █ | █ | █ |
| RingCentral Video | Monthly | █ | █ | █ | █ |
| Extended Enterprise Support - Platinum Tier - Contact Center | Monthly | █ | █ | | █ |
| Extended Enterprise Support - Silver Plus Tier - Office | Monthly | █ | █ | █ | █ |
| | | | **New Service Amount***  | █ | █ |
| | | | **Total Initial Amount*** | █ | |

*Amounts are exclusive of applicable Taxes and Fees.

**Special Terms and Notes:**

**1) Feature Additions**

DocuSign Envelope ID: E82899F3-D6E8-41A1-B19A-DC3D4521D817



Customer's subscription entitles it to all features that are ascribed to the Office Standard Edition as they are described in the RingCentral website, as well as the features that follow:

████████████████████

████████████████████

████████████████████

████████████████████

████████████

██████████████████████████

████████████████████

████████████████████

████████████████████████████████████████

██████████████████████████████

████████████

████████████████

**2) Standard elasticity for Office:**





DocuSign Envelope ID: E82899F3-D6E8-41A1-B19A-DC3D4521D817





### Cost Center Billing:

For customers with cost center billing, it is the customer's responsibility to provide cost center allocation information to RingCentral at least 10 days prior to the issuance of the invoice. After the information is received, it will be reflected on future invoices, but will not be adjusted retroactively on past invoices. If purchasing additional services through the administrative portal, it is the customer's responsibility to assign cost centers at the time of purchase; otherwise, those services will not be allocated by cost center on the next invoice. Please note that cost center allocation is not available for certain items, such as minute bundles and credit memos. For additional questions, please contact the RingCentral invoice billing team at [billingsupport@ringcentral.com](mailto:billingsupport@ringcentral.com).



5/6

DocuSign Envelope ID: E82899F3-D6E8-41A1-B19A-DC3D4521D817



**IN WITNESS WHEREOF,** the Parties have executed this Initial Order Form above through their duly authorized representatives.

| **Customer** | **RingCentral** |
|---|---|
| Amerisave | RingCentral, Inc. |
| By: *Mike Berte* (DocuSigned) | By: *Carson Hostetter* |
| Name: Mike Berte | Name: Carson Hostetter |
| Title: President | Title: SVP, Field Sales |
| Date: 4/28/2021 | Date: 4/28/2021 |