# EXHIBIT 6

DocuSign Envelope ID: 6BDB6783-2841-4097-9916-0BD8400C24B8

## RingCentral Professional Services

## Statement of Work for Implementation Services

This RingCentral Professional Services Statement of Work for Professional Services (this "**SOW**") is executed by RingCentral, Inc. ("**RingCentral**"), and Amerisave (the "**Customer**") pursuant to, and is subject to, the RingCentral PS Agreement executed by Customer and RingCentral on or about _____, 2021 (the "**PS Agreement**"). Capitalized terms used in this SOW but not otherwise defined shall have the respective meanings given to them in the PS Agreement.

| Customer: | Amerisave |
|---|---|
| Quote/SOW Number: | U2021-01974036 |
| Labor Cost: | USD ▮▮▮▮▮▮ |

**Project Phases:**

**Multiphase Project - Per Site**

|  | Scope of the Phase | Value | Completion Criteria |
|---|---|---|---|
| Phase | Each Site listed in the Appendix B of this SOW constitute an independent Project Phase | Rate per Site per Appendix B (Excluding Taxes and Expenses if applicable) | Completion of all Professional Services described in this SOW for each Site. |

The following activities shall be performed in accordance with this Statement of Work and the PS Agreement at the location(s) and for the number of Users and Sites indicated in the attached Appendices:

1. **General**
    1.1. **Assignment of a designated Project Manager ("PM") –** For a period of up to four (4) months, commencing upon Project Kickoff, the RingCentral PM will act as Single Point of Contact for delivery services, following the Project Management Institute (PMI) standard methodology. The RingCentral Project Manager will be responsible for the following activities in connection with this Statement of Work (SOW):
        i. Internal and external kickoff session hosted by RingCentral;
        ii. Creation and management of project governance, to include:
            a. Project plan and Schedule;
            b. Communication plan, resource plan, escalation plan, change plan, test plan;
            c. Action and risk register;
        iii. Completing resource assignment and scheduling in alignment with project schedule;
        iv. Set up of project documentation and timelines in collaboration with designated Customer Single Point of Contact;
        v. Identifying, communicating and mitigating project risks and issues;

    vi.    Alignment of scope of services with customer expectations during kickoff;
    vii.    Developing, reviewing, authorizing, implementing, and managing change requests and interventions (Perform Change Management) to achieve project outputs;
    viii.    Facilitating and leading regular status update meetings, organize planning sessions and Customer steering committees, as applicable;
    ix.    Completing scoped work effort and go live support; and
    x.    Performing closure procedures at the conclusion of project activities.

2. **RingCentral Office Planning and Design**
   2.1. **RingCentral Planning and Design ("P&D") and Business Requirements Document ("BRD")**
   RingCentral will initiate the Planning and Design process and introduce the Business Requirements Document to the Customer at the beginning of the project and will consist of structured planning activities for a period of up to five (5) weeks. This process will define and capture the project-wide deployment holistically including all sites and users listed in Appendix A.
       i.    RingCentral has included up to six (6) design documentation collection session(s) with this project delivery
       ii.    All groups will provide data during their assigned data collection process over a one (1) week period for a total of five (5) supported weeks and contribute to a universal design documentation across all lines of business / business units

       iii.    Additional data collections are available to the customer for further breakout via change request at an additional expense if data collection needs to take place by country or user group
       iv.    Details within the data collection include:
           a.    Customer Site Information;
           b.    User Upload;
           c.    Data collection for End-User and Administrator Training;
           d.    Porting data;
           e.    Call flow(s);
           f.    Roles and Permissions;
           g.    Delivery Overview;
           h.    Go-Live Readiness Report Card;
       ii.    The fully reviewed BRD is signed off by Customer's Project Manager and RingCentral's Project Manager prior to moving to deployment.
           a.    Material changes to the BRD made after mutual execution are available to the customer via change request
       iii.    Delay in completing and returning Customer documentation may result in an adjustment of project timeline and additional fees.

   2.2 **Network Readiness Assessment** – RingCentral will provide the Customer with one (1) assessment of the customer's primary Internet Service Provider (ISP) connection to and from RingCentral. This connection will be at the customer's firewall (edge).
       i.    RingCentral's Network Engineer will provide the following:
           a.    RingCentral Network Requirements Documentation;
           b.    Satellite installation guide;
           c.    Assistance with satellite installation;
           d.    Document and share results of network assessment for customer reference;

DocuSign Envelope ID: 6BDB6783-2841-4097-9916-0BD8400C24B8

    ii. Site assessments not completed prior to Go-Live will result in the forfeiture of the assessment for this project.

    iii. Additional network assessments or consultations are available to the customer via an executed Change Order and will result in additional fees. This may include additional ISP links or sites.

3. **RingCentral Office Build**

   **3.1. RingCentral Advanced User Interface ("UI") Multi-Phased Build Out**
   
   i. RingCentral will remotely configure the following interfaces in the system ("UI Build Out") based on the specifications agreed to between the parties in the BRD.
   
       a. Up to 2700 number of users
   
       b. Up to ten (10) Unique Call Flows, a call flow includes:
   - Up to ten (10) Custom answering rules
   - UP to ten (10) IVR prompts with key actions
   
       c. Up to thirty (30) Call Queue and Ring Groups [including up to ten (10) Live Reports]
   
       d. Up to ten (10) Custom Roles
   - Service plan must support Custom Roles
   
       e. Up to ten (10) Templates
   
   ii. Customization is available to the customer at an additional cost via executed Change Order
   
   iii. Substitute Caller ID (Spoofing) configuration is not included. It is available at an additional cost via executed Change Order.

4. **RingCentral Delivery Services**
   
   **4.1. Remote Delivery and Go Live Services**
   
   i. RingCentral will provide remote go live services to complete the following:
   
       a. Delivery resource during remote Go Live as defined in Appendix B;
   
       b. Document open issues in action log;
   
       c. Transition into support services;
   
       d. Perform closure procedures at the conclusion of project activities
   
   ii. Customer responsibilities:
   
       a. Customer is responsible for handset placement at locations listed in Appendix B
   - RingCentral to provide instructions and best practices for handset placement, test, and endpoint registration
   
       b. Customer is responsible for decommission and disposal of any legacy equipment

5. **RingCentral Training Services**

   **5.1. Admin Training –** RingCentral Professional Services will provide resources to complete the following:
   
   i. Up to two (2) hours of remote admin training to be provided by a RingCentral University Training Specialist
   
   ii. Sessions cover the following:
   
       a. Building, activating, disabling and deleting users;
   
       b. Managing user settings with role, templates, and User groups (if applicable);
   
       c. Managing system setup and maintenance via the Admin Portal including phone company info, caller ID, and directory assistance;
   
       d. Managing phones and numbers including assisted provisioning;

    e.  Call flow management;
    f.  Reports and call logs; and
    g.  Familiarization with Support/Training/Help resources
 iii.  Session recordings are included at no additional cost
 iv.  Online, self-service admin training at RingCentral University included at no additional cost
    h.  Webinars & Videos, Getting Started Tutorials, and User Guides
 v.  Custom admin training, documentation, and videos available at an additional cost via executed Change Order
 vi.  Additional admin sessions are available to the customer via Change Request at an additional charge
 vii.  Helpdesk training sessions are available to the customer at an additional cost via executed Change Order
 viii.  Customer and RingCentral agree that Professional Services Project Completion Form shall not be withheld by Customer for delays in the delivery of the RingCentral training services

**5.2. End User Training -** RingCentral Professional Services will provide resources to complete the following:

 i.  Any combination of the following one (1) hour remote end user training sessions for a total of up to four (4) sessions to be provided by RingCentral University Training Specialist:
    a.  Standard End User
    b.  Train the Trainer (Standard End User)
    c.  Exec Assistant/Front Desk
    d.  Remote User
 ii.  Session recordings included at no additional cost
 iii.  Online, self-service end user training at RingCentral University included at no additional cost
    a.  Webinars & Videos, Getting Started Tutorials, and User Guides
 iv.  Custom end user training, documentation, and videos available at an additional cost via change request
 v.  Additional end user sessions are available to the customer via Change Request at an additional charge
 vi.  Customer and RingCentral agree that Professional Services Project Completion Form shall not be withheld by Customer for delays in the delivery of the RingCentral training services

6. **Handoff Testing**
   **6.1. System Integration Testing (SIT)**
    i.  RingCentral will complete System Integration Testing (SIT) following final configuration of RingCentral prior to handoff to the Customer to start User Acceptance Testing (UAT);

   **6.2. UAT Assumptions**
    i.  During UAT, the Customer will designate users to complete application testing in mock real-world scenarios to validate the RingCentral build matches the agreed design documentation;
    ii.  Customer will define the UAT scenarios or stories by phase and the mutually agreed criteria is recorded as an Appendix in the design documentation prior to mutual execution as the document of record;
       a.  If UAT scenarios are not specified by the Customer, then work is deemed accepted and ready for go live upon notice from RingCentral that the work is complete and ready for testing;

DocuSign Envelope ID: 6BDB6783-2841-4097-9916-0BD8400C24B8

    iii. Customer resources participating in UAT must complete all pre-recorded online training sessions for agent, supervisor, and/or admin related to their job role prior to starting UAT;
- a. RingCentral Implementation Engineer may provide up to one (1) hour of additional guided training to UAT participants, as requested by the Customer, specific to the test criteria;

    iv. The outcome of all UAT scenarios are documented by the Customer in a written format and provided to RingCentral at completion of testing;
- a. Any variation in expected results (errors, flaws, failures, adjustments) are provided in writing to the RingCentral Project Manager for review and resolution;
- b. RingCentral will provide an expected variation resolution date and submit back to the Customer for additional testing;

    v. Upon completion of all UAT scenarios, the Customer will submit final written completion of testing to RingCentral prior to scheduling go live;
- a. RingCentral will append the design document output to include completed UAT criteria in the final published output document;

### 6.3. UAT Constraints
    i. The Customer and RingCentral will enact a mutual software / code freeze prior to start of SIT and UAT;
    ii. Customer shall perform UAT within seven (7) calendar days of application handoff from RingCentral for any Deliverables, unless otherwise mutually agreed by the parties considering the nature or scope of the Deliverable in writing prior to start of testing;
    iii. Customer shall then diligently continue UAT until its completion, which shall be completed no later than three (3) business days after commencement of UAT. Customer's failure to complete UAT by such time will be deemed Customer's acceptance of the applicable Deliverables.
    iv. Any Customer changes in software or code following written UAT completion resulting in new application behaviors may result in additional charges to the Customer via Change Request for troubleshooting and issue resolution;
    v. Additional days of UAT support are available to the Customer via Change Request at an additional charge

### 6.4. Project and Phase Acceptance
    i. Final phase and project acceptance subject to terms and conditions in RingCentral MSA

## 7. Hours of Operation
### 7.1. Standard Service Hours
    i. Unless otherwise specified, pricing assumes that Services will be performed between 8:00 AM to 5:00 PM local site time, Monday-Friday, excluding holidays ("Standard Service Hours")
    ii. Work requested and performed outside Standard Services Hours will be subject to overtime charges via executed Change Order

## 8. Customer Responsibilities – The Customer is responsible for aspects not specifically included in this Statement of Work. Out of scope items include:
    i. The customers LAN/WAN infrastructure;
    ii. Network minimum requirements for RingCentral as a Service model;
- a. Quality of Service (QoS) configuration;
- b. Firewall or Access Control List (ACL) configuration;

        c.   Power over Ethernet (POE) port activation / configuration;
iii. Configuration and software installation on customer PCs;
iv. Decommission and disposal of any legacy equipment;
v. Customizations on individual User endpoints, or phone settings;
vi. Provide work space for RingCentral on-site personnel (as scoped);
vii. Overhead paging;
viii. Postage Machines;
ix. Credit Card or Point of Sale (POS) Machines;
x. Door buzzer or Automatic Door Controller;
xi. Third party SIP phones;
xii. Headsets;
xiii. Analog Devices
xiv. Third party Applications
xv. Input Registered E911 Address and location information to Service Web
        a. This is critical information which is used by first responders in case of an emergency hence customer must ensure that the information they are adding to the Service Web is accurate
        b. For more information, please refer to Appendix D

9. **Customer's Telephone Number Porting** –

The Customer is responsible for authorizing the telephone number(s) porting to RingCentral. RingCentral shall submit all porting requests to the losing carrier and ensure that all porting is successful to the RingCentral networks where applicable. This effort pertains to those locations identified in Appendix B. Customer and RingCentral agree that RingCentral is not responsible for the portability of any individual number or group of numbers and the sign-off the Professional Services Project Completion Signoff Document shall not be withheld by Customer for delays in the porting of the numbers.
    i. The RingCentral Project Manager shall manage the submission of port requests and shall coordinate rejections/resubmissions with Customer on a per location basis for up to 90 days from submission;
    i. Any additional port rejections after 90 days will be the responsibility of the Customer and their losing carrier(s), with assistance from RingCentral;
    ii. Customer shall provide RingCentral all appropriate Letters of Authorization ("LOA"), billing information, Customer Service Record (CSR) and authorized signer for each location;
    iii. Porting submissions will include number mapping to the correct end users on Customer's network;

10. **Delays and Changes –** Changes to this SOW shall be made only in a mutually executed written change order between RingCentral and Customer (a "**Change Order,**") a sample of which is attached as Appendix C to this SOW), outlining the requested change and the effect of such change on the Services, including without limitation the fees and the timeline as determined by mutual agreement of both parties. Any delays in the performance of consulting services or delivery of deliverables caused by Customer, including without limitation delays in completing and returning Customer documentation required during the P&D or completing the BRD, may result in an adjustment of project timeline and additional fees. Any changes or additions to the services described in this SOW shall be requested by a Change Order and may result in additional fees.

DocuSign Envelope ID: 6BDB6783-2841-4097-9916-0BD8400C24B8

11. **Project Phasing –** The Professional Services may be delivered in one or more phases as set forth in this SOW. This SOW describes the milestones, objectives, Deliverables, Sites, fees and other components that are included in the scope of each phase ("Project Phases"). Customer agrees that the delivery, installation, testing, acceptance and payment for the Professional Services rendered under any one Project Phase is not dependent on the delivery, installation, testing, acceptance and payment for the Professional Services under any other Project Phase. Each Project Phase will be billed upon Acceptance, and Payment for each Project Phase is due in full within the applicable payment period agreed between the parties and is non-refundable.

IN WITNESS WHEREOF, the Parties have executed this RingCentral Professional Services Statement of Work for Implementation Services below through their duly authorized representatives.

| **Customer** | **RingCentral** |
|---|---|
| **Amerisave** | **RingCentral, Inc.** |
| By: *Mike Berte* | By: *Marc Lambert* |
| Name: Mike Berte | Name: Marc Lambert |
| Title: President | Title: Area Vice President, Major Accounts |
| Date: 4/26/2021 | Date: 4/27/2021 |

DocuSign Envelope ID: 6BDB6783-2841-4097-9916-0BD8400C24B8

**RingCentral Professional Services**
**Statement of Work for Professional Services**
**Appendix A**
**Planning and Design Location**

| Planning and Design Location Address(es): | Up to # of Users |
|---|---|
| Remote | ▮ |

**RingCentral Professional Services**
**Statement of Work for Professional Services**
**Appendix B**

| Site | Address | Number of Users | Deployment Type | Number of Site Visits | Technician Days On-Site | Rate per Site |
|---|---|---|---|---|---|---|
| Remote | Remote Users | ▮ | Remote | 0 | N/A | ▮ |

**RingCentral Professional Services**
**Statement of Work for Professional Services**
**Appendix C**
**Change Order Form for Implementation Services**

This Change Order to the Statement of Work is subject to the Professional Services Agreement (the "**PS Agreement**") by and between Customer and RingCentral with the Effective Date listed below, establishes a change to the project scope or budget. By executing this Change Order, the parties agree to be bound by the terms and conditions set out in the PS Agreement with respect to the Services to be performed under the PS Agreement and Statement of Work ("**SOW**") indicated below as modified by this Change Request.

| **Effective Date of PS Agreement:** | **Effective Date of SOW:** | | |
|---|---|---|---|
| **Project Name:** | **Request Date:** | **PO Number:** | **Quote Number:** |
| **Customer Name:** | **Requested By:** | **Requestor Phone:** | **Requestor email:** |
| **Customer Address:** | | | |

**Specific Details Explaining the Change:**

**Change 1**

| **Quantity:** | **Description:** | **Professional Services Cost:** |
|---|---|---|
| | **Change Order Total:** | |

| **Impact on Project Timeline and Scheduled Delivery Date:** |
|---|
| **Impact on SOW Pricing:** |

**BY SIGNING BELOW**, the Parties have each caused this Change Order to be signed and delivered by its duly authorized representative as of the date Customer signs below (the "**Effective Date**").

| **Customer** | **RingCentral** |
|---|---|
| By: | By: |
| Signed: __SAMPLE ONLY_____ | Signed: __SAMPLE ONLY_____ |
| Title: _____ | Title: _____ |
| Date: _____ | Date: _____ |

DocuSign Envelope ID: 6BDB6783-2841-4097-9916-0BD8400C24B8

**RingCentral Professional Services**
**Statement of Work for Professional Services**
**Appendix D**
**Registration of Address and Notification Information – Emergency Dialing**.

Bulk uploading of user data, building extensions, etc. may require input of registered addresses and emergency notification information. By engaging RingCentral for implementation of the Services, Customer agrees to the following:

I. **Registered Address.** It is Customer's obligation to maintain accurate emergency location information for each Digital Line on its Account. RingCentral will, on Customer's behalf, upload Customer's Users' registered addresses using a list of addresses provided by Customer.

II. **Emergency Notifications**. For Digital Lines located in the United States, Customer must input and maintain in Service Web a central location for the receipt of emergency notifications generated by its Users placing emergency calls (for further information about this obligation, click here). RingCentral will, as a part of the upload described in (A) above, also input Customer's emergency notification location, as directed by Customer.

III. **Customer's Representation and Warranty**. Customer represents and warrants that the registered addresses and emergency notifications location are accurate and acknowledges that any subsequent change to the registered addresses must be carried out by Customer. Customer acknowledges that it may have its own independent legal obligation to ensure the accuracy of the above information and that RingCentral takes no responsibility for the accuracy of the information provided by Customer.