# EXHIBIT 7

| From: | Eric Shepard - AmeriSave | |
|---|---|---|
| Sent: | 8/31/2021 7:44:26 AM | |
| To: | Barbara Beauchamp | ; Brett Flynn |
| Subject: | RE: RingCentral UC activation emails | |

[EXTERNAL]

Yes, both CC and UC have come through.

**From:** Barbara Beauchamp
**Sent:** Tuesday, August 31, 2021 9:32 AM
**To:** Eric Shepard - AmeriSave ; Brett Flynn
**Subject:** Re: RingCentral UC activation emails

**CAUTION:** This email originated from outside of the organization. Do not follow guidance, click links, or open attachments unless you recognize the sender and know the content is safe.

Im glad. Both uc and cc

Sent from my T-Mobile 5G Device
Get Outlook for Android

**From:** Eric Shepard - AmeriSave
**Sent:** Tuesday, August 31, 2021 9:16:25 AM
**To:** Barbara Beauchamp ; Brett Flynn
**Subject:** RE: RingCentral UC activation emails

[EXTERNAL]

Yes, just went back and checked and I am seeing them now. Thank you!

**From:** Barbara Beauchamp
**Sent:** Tuesday, August 31, 2021 9:09 AM
**To:** Eric Shepard - AmeriSave ; Brett Flynn
**Subject:** Re: RingCentral UC activation emails

**CAUTION:** This email originated from outside of the organization. Do not follow guidance, click links, or open attachments unless you recognize the sender and know the content is safe.

Have you seen any invites yet? @Eric Shepard - AmeriSave

Sent from my T-Mobile 5G Device
Get Outlook for Android

**From:** Barbara Beauchamp
**Sent:** Tuesday, August 31, 2021 8:34:06 AM
**To:** Eric Shepard - AmeriSave ; Brett Flynn
**Subject:** Re: RingCentral UC activation emails

Brett sent them all at 4 am.

@Brett Flynn could it have been a different email from address?

The CC ones do not come from RingCentral. Comes from NIC

**From:** Eric Shepard - AmeriSave
**Sent:** Tuesday, August 31, 2021 8:30:40 AM
**To:** Barbara Beauchamp; Brett Flynn
**Cc:** Marion Bass - AmeriSave; Khrystyna Boyle - AmeriSave
**Subject:** RingCentral UC activation emails

[EXTERNAL]

Barbara/Brett,

I have been monitoring AmeriSave personnel inboxes and I do not see the UC activation emails coming in. The only email that I can see from the UC side in the past 12 hours is the one below:

### Security Notice from RingCentral

Label: Hard Delete 1 year (1 year) Expires: Wed 8/31/2022 1:17 AM

RingCentral <service@ringcentral.com>
Tue 8/31/2021 1:17 AM
To: Adam Sutton - AmeriSave

**CAUTION:** This email originated from outside of the organization. Do not follow guidance, click links, or open attachments unless you recognize th content is safe.

**RingCentral**                                            Security Notice

**Account:**
**Service Plan:** RingCentral MVP Standard

Dear Adam Sutton,

This security notice is to advise you about recent changes in your account: **Contact email address**.

If you are unaware of these changes, please contact RingCentral customer service at (888) 898-4591.

Thank you for using RingCentral.

By subscribing to and/or using RingCentral, you acknowledge agreement to our Terms of Use.

Copyright 2021 RingCentral, Inc. All rights reserved. RingCentral is a registered trademark of RingCentral, Inc., 20 Davis Drive, Belmont, CA 94002, USA.

Reply | Forward

Hopefully I am just jumping the gun here and the activation emails are taking some time to go out, but I wanted to bring this to your attention.

Thank you,

**Eric Shepard**
**SVP of IT Infrastructure**
AmeriSave Mortgage Corporation NMLS ID #1168
3525 Piedmont Rd NE
8 Piedmont Center, Suite 600
Atlanta GA 30305



